From:

Jason Joseph Clark &
Tamah Jada Clark
6901-A N. 9th Ave #429
Pensacola, Florida [32504]

Certified Mail #:

9507 1000 1659 4182 0005 01

To:

Clerk of Court
U.S. District Court Northern District of GA
2211 U.S. Courthouse
75 Spring St. S.W.
Atlanta, GA 30303-3361

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL -7 2014

JAMES N. HATTEN, Clerk
By: J. Clark, Deputy Clerk

Tuesday, July 1, 2014

**RE: Updated contact information for (unrepresented) Plaintiffs**

Dear Sir or Madam:

My name is Tamah Jada Clark. I am writing to ensure you have updated contact information for my husband and I, "Plaintiffs", in an original complaint sent via USPS to your office on yesterday, 6/30/14. The name of the complaint is *"Aliens' Tort Action for Violation of Law of Nations and International Treaty: Complaint for Injunctive Relief and Monetary Compensation"*.

It has come to my attention that my phone number and e-mail are not listed on the civil cover sheet, and my phone number was accidently listed incorrectly on the last page of the complaint. My correct contact information is as follows:

Tamah Jada Clark
6901-A N. 9th Ave #429
Pensacola, Florida [32504]
Ph: (850) 512-6642
E-mail: TamahJClark@gmail.com

Thank you for your time and consideration. I apologize for any inconvenience this error may have caused and thank you for your assistance. Please let me know if you may need anything else at all. Thank you.

Sincerely,

*[signature: Tamah Jada Clark]*

Tamah Jada Clark