AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | | |
|---|---|---|
| JASON JOSEPH CLARK, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:14-cv-02128 |
| DANIEL J. PORTER, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SEE ATTACHED SHEET

Date:     08/21/2014

*Attorney's signature*

DEBORAH N. GORE
*Printed name and bar number*

40 CAPITOL SQ., SW
ATLANTA, GA 30334

*Address*

dgore@law.ga.gov
*E-mail address*

(404) 463-8850
*Telephone number*

(404) 651-6920
*FAX number*

ADDENDA TO APPEARANCE OF COUNSEL

*Appearing as counsel for the following:

1. Brian Bellamy;
2. Georgia Department of Corrections;
3. Brian Kemp;
4. State of Georgia;
5. Daniel J. Porter;
6. Governor Nathan Deal;
7. Thomas Davis, Jr.;
8. Sam Olens;
9. Brian Owens;
10. Stanley Williams; and
11. D'Anna Liber.