AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| Jason Joseph Clark, et al | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 1:14-cv-02128 |
| Daniel J. Porter, et al | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

See attached document

Date: 08/27/2014

*Attorney's signature*

D. Stuart Morelli, 103207
*Printed name and bar number*
75 Langley Drive
Lawrenceville, GA 30046

*Address*

stuart.morelli@gwinnettcounty.com
*E-mail address*

(770) 822-8701
*Telephone number*

(770) 822-8790
*FAX number*

Attachment to D. Stuart Morelli's Appearance of Counsel

D. Stuart Morelli, Georgia Bar No. 103207, appears as counsel for the following parties:

1. Charles M. Walters

2. Butch Conway

3. Tracy Goodbar

4. Christa Kendrick - Jane Doe #1

5. Gwinnett County

6. Gwinnett County Police Department