IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JASON JOSEPH CLARK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:14-cv-02128-WBH |
| DANIEL J. PORTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR EXCESS PAGES

COME NOW defendants District Attorney Daniel Porter, Governor Nathan Deal, Judge Thomas Davis Jr., Attorney General Sam Olens, Secretary of State Brian Kemp, Commissioner Brian Owens, Warden Stanley Williams, D'Anna Liber, Brian Bellamy, Georgia Department of Corrections ("GDC"), and the State of Georgia (collectively, "Defendants"), by and through counsel, Attorney General for the State of Georgia, pursuant to Local Civil Rule 7.1D, and move this Court for leave to file a brief no longer than 35 pages in support of their pre-answer motion to dismiss.

Defendants show the Court that, in the expected motion, they will raise a number of defenses to Plaintiffs' numerous claims, including lack of jurisdiction, failure to state a claim, sovereign immunity, absolute judicial immunity,

prosecutorial immunity, and qualified immunity. Defendants are attempting to be concise in their arguments but find that they cannot properly raise their numerous defenses to Plaintiffs' complaint – which is 44 pages long and includes over 125 paragraphs – in the allotted 25 pages. Defendants believe that they can appropriately present their arguments in 35 pages.

WHEREFORE, Defendants respectfully request that the Court grant this Motion. A proposed order is attached hereto.

Respectfully submitted, this 15th day of September, 2014.

|  |  |
|---|---|
| SAMUEL S. OLENS<br>Attorney General | 551540 |
| KATHLEEN M. PACIOUS<br>Deputy Attorney General | 558555 |
| DEVON ORLAND<br>Senior Assistant Attorney General | 554301 |
| /s/ *Deborah Nolan Gore*<br>Assistant Attorney General | 437340 |

Counsel for Defendants

PLEASE SERVE:

Deborah Nolan Gore
40 Capitol Square, S.W.
Atlanta, GA  30334-1300
Telephone: (404) 463-8850
Facsimile:  (404) 651-5304
dgore@law.ga.gov

2

## CERTIFICATE PURSUANT TO L.R. 7.1D

I hereby certify that this motion and brief conform to the requirements of L.R. 5.1C.  This brief is written in 14 point New Times Roman font.

                                      s/*Deborah Nolan Gore*     437340
                                      Assistant Attorney General
                                      Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON JOSEPH CLARK, et al., | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO.<br>1:14-cv-02128-WBH |
| DANIEL J. PORTER, et al., | |
| Defendants. | |

## **ORDER**

Having fully considered the matter and for good cause shown, the Court hereby **ORDERS** that the motion to exceed page limit of defendants District Attorney Daniel Porter, Governor Nathan Deal, Judge Thomas Davis Jr., Attorney General Sam Olens, Secretary of State Brian Kemp, Commissioner Brian Owens, Warden Stanley Williams, D'Anna Liber, Brian Bellamy, Georgia Department of Corrections, and the State of Georgia be and is **GRANTED**. The brief of such Defendants in support of their motion to dismiss shall not exceed 35 pages.

So ordered this ___ day of _____, 2014.

_____
Hon. Willis B. Hunt, Jr.
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed **DEFENDANTS' MOTION FOR EXCESS PAGES** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to Plaintiff's attorneys of record:

Tamah Jada Clark
6901-A N. 9th Ave. #429
Pensacola, Florida 32504

This 15th day of September, 2014.

/s/ *Deborah Nolan Gore*
Georgia Bar No. 437340
Assistant Attorney General