**Important Notice: this communication is intended for the Clerk, U.S. Federal District Court for the Northern District of Georgia, ATLANTA Division. If you are not said Clerk, his or her deputy clerk, or other authorized person per U.S. Federal Law to file documents on behalf of the Clerk in the aforementioned Division, then this communication is not intended for you.

Certified Mail #:

7013 2250 0001 9001 3231

From:

Unrepresented Plaintiff
Mrs. Tamah Jada Clark
6901-A N. 9th Ave #429
Pensacola, Florida [32504]
TamahJClark@gmail.com

**Civil Action No.: 1:14-cv-02128-WBH**

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 2 4 2014

JAMES N. HATTEN, Clerk

By J. Brannon    Deputy Clerk

To:

Clerk, U.S. Federal District Court
Northern District of GA
(ATLANTA Division)
2211 U.S. Courthouse
75 Spring St. S.W.
Atlanta, GA 30303-3361

Thursday, September 18, 2014

**RE: Plaintiffs' Filing of Waiver of Summons Received from Defendants as of 9/18/14 in Civil Action No. 1:14-cv-02128-WBH**

Dear Sir or Madam:

My name is Tamah Jada Clark and I am writing you regarding Civil Action No. **1:14-cv-02128-WBH**, in which I am an unrepresented Plaintiff. Please find the Waiver of Summons from several defendants in the aforementioned action attached. I have included all Waivers that have been received as of September 18, 2014, to include:

Daniel Porter, Governor Nathan Deal, Judge Thomas Davis Jr., Attorney General Sam Olens, Secretary of State Brian Kemp, Commissioner Brian Owens, Warden Stanley Williams, D'Anna Liber, Brian Bellamy, Georgia

**Important Notice: this communication is intended for the Clerk, U.S. Federal District Court for the Northern District of Georgia, ATLANTA Division. If you are not said Clerk, his or her deputy clerk, or other authorized person per U.S. Federal Law to file documents on behalf of the Clerk in the aforementioned Division, then this communication is not intended for you.

Department of Corrections, and the State of Georgia; **represented by Attorney Deborah Nolan Gore**;

Charles M. Walters, Butch Conway, Tracy Goodbar, Christa Kendrick, Gwinnett County, and Gwinnett County Police Department; **represented by Attorney Douglas Stuart Morelli**; and,

Mitchell County and Camilla Police Department; **represented by Attorney Raleigh W. Rollins.**

Again, please find the Waiver of Summons attached for the 19 above-named defendants by and through their above-named attorneys. Thank you.

Sincerely,

*Signed Thursday, September 18, 2014*

Tamah Jada Clark
6901-A N. 9th Ave #429
Pensacola, Florida [32504]
Tel: (850) 512-6642
E-mail: TamahJClark@gmail.com

AO 399 (01/09) Waiver of the Service of Summons

*ORIGINAL*

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Georgia

| | | |
|---|---|---|
| JASON JOSEPH CLARK, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:14-CV-02128 |
| DANIEL J. PORTER, ET AL. | ) | |
| *Defendant* | ) | |

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 2 4 2014

JAMES N. HATTEN, CLERK
By:
Deputy Clerk

## WAIVER OF THE SERVICE OF SUMMONS

To:  MRS. TAMAH JADA CLARK
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from            07/29/2014            , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     08/21/2014

_____
*Signature of the attorney or unrepresented party*

STANLEY WILLIAMS
*Printed name of party waiving service of summons*

DEBORAH N. GORE
*Printed name*

40 CAPITOL SQ., SW
ATLANTA, GA 30334

*Address*

dgore@law.ga.gov
*E-mail address*

(404) 463-8850
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | | |
|---|---|---|
| JASON JOSEPH CLARK, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:14-CV-02128 |
| DANIEL J. PORTER, ET AL. | ) | |
| *Defendant* | ) | |

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 2 4 2014

JAMES N. HATTEN, CLERK
By:
S. Brannon
Deputy Clerk

## WAIVER OF THE SERVICE OF SUMMONS

To:  MRS. TAMAH JADA CLARK
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____07/29/2014_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____08/21/2014_____

_____
*Signature of the attorney or unrepresented party*

| | |
|---|---|
| STATE OF GEORGIA | DEBORAH N. GORE |
| *Printed name of party waiving service of summons* | *Printed name* |
| | 40 CAPITOL SQ., SW |
| | ATLANTA, GA 30334 |
| | *Address* |
| | dgore@law.ga.gov |
| | *E-mail address* |
| | (404) 463-8850 |
| | *Telephone number* |

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | | |
|---|---|---|
| JASON JOSEPH CLARK, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:14-CV-02128 |
| DANIEL J. PORTER, ET AL. | ) | |
| *Defendant* | ) | |

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 2 4 2014

## WAIVER OF THE SERVICE OF SUMMONS

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

To:  MRS. TAMAH JADA CLARK
_____
 *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____07/29/2014_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  ____08/21/2014____

_____
*Signature of the attorney or unrepresented party*

DANIEL J. PORTER
*Printed name of party waiving service of summons*

DEBORAH N. GORE
*Printed name*

40 CAPITOL SQ., SW
ATLANTA, GA 30334

*Address*

dgore@law.ga.gov
*E-mail address*

(404) 463-8850
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

## for the

### Northern District of Georgia

| | | |
|---|---|---|
| JASON JOSEPH CLARK, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:14-CV-02128 |
| DANIEL J. PORTER, ET AL. | ) | |
| *Defendant* | ) | |

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 2 4 2014

JAMES N. HATTEN, CLERK
By: *Brannon*
Deputy Clerk

## WAIVER OF THE SERVICE OF SUMMONS

To: MRS. TAMAH JADA CLARK
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from ___07/29/2014___, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ___08/21/2014___

_____
*Signature of the attorney or unrepresented party*

_____
BRIAN OWENS
*Printed name of party waiving service of summons*

DEBORAH N. GORE
*Printed name*

40 CAPITOL SQ., SW
ATLANTA, GA 30334

_____
*Address*

dgore@law.ga.gov
*E-mail address*

(404) 463-8850
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| JASON JOSEPH CLARK, ET AL. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  1:14-CV-02128 |
| DANIEL J. PORTER, ET AL. | ) |
| *Defendant* | ) |

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 24 2014

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

## WAIVER OF THE SERVICE OF SUMMONS

To:  MRS. TAMAH JADA CLARK
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____07/29/2014_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____08/21/2014_____

_____
*Signature of the attorney or unrepresented party*

| | |
|---|---|
| SAM OLENS | DEBORAH N. GORE |
| *Printed name of party waiving service of summons* | *Printed name* |
| | 40 CAPITOL SQ., SW |
| | ATLANTA, GA 30334 |
| | *Address* |
| | dgore@law.ga.gov |
| | *E-mail address* |
| | (404) 463-8850 |
| | *Telephone number* |

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

JASON JOSEPH CLARK, ET AL. )
*Plaintiff* )
v. )   Civil Action No.   1:14-CV-02128   FILED IN CLERK'S OFFICE
DANIEL J. PORTER, ET AL. )                                          U.S.D.C. Atlanta
*Defendant* )

SEP 2 4 2014

## WAIVER OF THE SERVICE OF SUMMONS

JAMES N. HATTEN, CLERK

To:  MRS. TAMAH JADA CLARK
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

By: _____ Deputy Clerk

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____07/29/2014_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  ____08/21/2014____

_____
*Signature of the attorney or unrepresented party*

____D'ANNA LIBER____                    ____DEBORAH N. GORE____
*Printed name of party waiving service of summons*        *Printed name*

40 CAPITOL SQ., SW
ATLANTA, GA 30334

_____
*Address*

dgore@law.ga.gov
*E-mail address*

(404) 463-8850
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | |
|---|---|
| JASON JOSEPH CLARK, ET AL. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  1:14-CV-02128 |
| DANIEL J. PORTER, ET AL. | ) |
| *Defendant* | ) |

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 2 4 2014

JAMES N. HATTEN, CLER
By: _____ Deputy Cler

### WAIVER OF THE SERVICE OF SUMMONS

To:  MRS. TAMAH JADA CLARK
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____07/29/2014_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____08/21/2014_____

_____
*Signature of the attorney or unrepresented party*

| | |
|---|---|
| BRIAN KEMP | DEBORAH N. GORE |
| *Printed name of party waiving service of summons* | *Printed name* |
| | 40 CAPITOL SQ., SW |
| | ATLANTA, GA 30334 |
| | *Address* |
| | dgore@law.ga.gov |
| | *E-mail address* |
| | (404) 463-8850 |
| | *Telephone number* |

#### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Georgia

| | |
|---|---|
| JASON JOSEPH CLARK, ET AL. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   1:14-CV-0212~~8~~ |
| DANIEL J. PORTER, ET AL. | ) |
| *Defendant* | ) |

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 2 4 2014

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

## WAIVER OF THE SERVICE OF SUMMONS

To:  MRS. TAMAH JADA CLARK
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____07/29/2014_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  ____08/21/2014____

_____
*Signature of the attorney or unrepresented party*

GEORGIA DEPARTMENT OF CORRECTIONS
*Printed name of party waiving service of summons*

DEBORAH N. GORE
*Printed name*

40 CAPITOL SQ., SW
ATLANTA, GA 30334
_____
*Address*

dgore@law.ga.gov
*E-mail address*

(404) 463-8850
*Telephone number*

---

#### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons                                                          (01/09) AO

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | | |
|---|---|---|
| JASON JOSEPH CLARK, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:14-CV-02128 |
| DANIEL J. PORTER, ET AL. | ) | |
| *Defendant* | ) | |

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 2 4 2014

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

## WAIVER OF THE SERVICE OF SUMMONS

To:  MRS. TAMAH JADA CLARK _____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____07/29/2014_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  ____08/21/2014____

                                                        *Signature of the attorney or unrepresented party*

____GOVERNOR NATHAN DEAL____
*Printed name of party waiving service of summons*

                                      DEBORAH N. GORE
                                      *Printed name*
                                   40 CAPITOL SQ., SW
                                   ATLANTA, GA 30334

                                        *Address*

                                   dgore@law.ga.gov
                                      *E-mail address*

                                   (404) 463–8850
                                   *Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

AO 399

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

# UNITED STATES DISTRICT COURT

### for the
### Northern District of Georgia

SEP 2 4 2014

JAMES N. HATTEN, CLERK
By: _____
Deputy Clerk

| | | |
|---|---|---|
| JASON JOSEPH CLARK, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:14-CV-02128 |
| DANIEL J. PORTER, ET AL. | ) | |
| *Defendant* | ) | |

ORIGINAL

## WAIVER OF THE SERVICE OF SUMMONS

To:   MRS. TAMAH JADA CLARK
 *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____07/29/2014_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   08/21/2014

_____
*Signature of the attorney or unrepresented party*

| | |
|---|---|
| THOMAS DAVIS, JR. | DEBORAH N. GORE |
| *Printed name of party waiving service of summons* | *Printed name* |
| | 40 CAPITOL SQ., SW |
| | ATLANTA, GA 30334 |
| | *Address* |
| | dgore@law.ga.gov |
| | *E-mail address* |
| | (404) 463-8850 |
| | *Telephone number* |

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

# UNITED STATES DISTRICT COURT
### for the

Northern    District of Georgia

SEP 24 2014

JAMES N. HATTEN, CLERK
By: _____ Clerk

| | |
|---|---|
| Jason Joseph Clark, et al | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. 1: 14-cv-2128 |
| Daniel J. Porter, et al | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: **Tamah Jada Clark**
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from **7/29/14** , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: **8/27/14**

**Gwinnett County**
*Printed name of party waiving service of summons*

_____
*Signature of the attorney or unrepresented party*

**D. Stuart Morelli**
*Printed name*

**75 Langley Drive, Lawrenceville, GA 30046**
*Address*

**stuart.morelli@gwinnettcounty.com**
*E-mail address*

**770-822-8701**
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 24 2014

Jason Joseph Clark, et al
_____
                *Plaintiff*
         v.
Daniel J. Porter, et al
_____
                *Defendant*

)
)
)
)
)

Civil Action No.  1: 14-cv-2128

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

## WAIVER OF THE SERVICE OF SUMMONS

To: **Tamah Jada Clark**
    _____
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from  7/29/14 _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: **8/27/14**
      _____

_____
*Signature of the attorney or unrepresented party*

**Gwinnett County Police Department**
_____
*Printed name of party waiving service of summons*

**D. Stuart Morelli**
_____
*Printed name*

**75 Langley Drive, Lawrenceville, GA 30046**
_____
*Address*

**stuart.morelli@gwinnettcounty.com**
_____
*E-mail address*

**770-822-8701**
_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 24 2014

JAMES N. HATTEN, CLERK
BY: J. Branson Deputy Clerk

| Jason Joseph Clark, et al | |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| Daniel J. Porter, et al | ) |
| *Defendant* | ) |

Civil Action No. 1:14-cv-2128

## WAIVER OF THE SERVICE OF SUMMONS

To: **Tamah Jada Clark**
      *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from   7/29/14                               , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: **8/27/14**

**Charles M. Walters**
*Printed name of party waiving service of summons*

*Signature of the attorney or unrepresented party*

**D. Stuart Morelli, 103207**
*Printed name*

**75 Langley Drive, Lawrenceville,GA 30046**
*Address*

**stuart.morelli@gwinnettcounty.com**
*E-mail address*

**770-822-8701**
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the

_____Northern_____ District of _Georgia_____

| | |
|---|---|
| Jason Joseph Clark, et al | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 1: 14-cv-2128 |
| Daniel J. Porter, et al | ) |
| _Defendant_ | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: **Tamah Jada Clark**

_(Name of the plaintiff's attorney or unrepresented plaintiff)_

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from ___7/29/14_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: **8/27/14**

_Signature of the attorney or unrepresented party_

**Butch Conway**

_Printed name of party waiving service of summons_

**D. Stuart Morelli**

_Printed name_

**75 Langley Drive, Lawrenceville, GA 30046**

_Address_

**stuart.morelli@gwinnettcounty.com**

_E-mail address_

**770-822-8701**

_Telephone number_

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does _not_ include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern _____ District of Georgia _____

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 2 4 2014

Jason Joseph Clark, et al
_____
Plaintiff
v.
Daniel J. Porter, et al
_____
Defendant

)
)
)
)
)

Civil Action No. 1: 14-cv-2128

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

## WAIVER OF THE SERVICE OF SUMMONS

To: **Tamah Jada Clark**
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from  7/29/14 _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: **8/27/14**
_____

**Tracy Goodbar**
_____
*Printed name of party waiving service of summons*

_____
*Signature of the attorney or unrepresented party*

**D. Stuart Morelli**
_____
*Printed name*

**75 Langley Drive, Lawrenceville, GA 30046**
_____
*Address*

**stuart.morelli@gwinnettcounty.com**
_____
*E-mail address*

**770-822-8701**
_____
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 2 4 2014

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

| | |
|---|---|
| Jason Joseph Clark, et al | )
| _Plaintiff_ | )
| v. | )  Civil Action No.  1: 14-cv-2128
| Daniel J. Porter, et al | )
| _Defendant_ | )

## WAIVER OF THE SERVICE OF SUMMONS

To: **Tamah Jada Clark**

_(Name of the plaintiff's attorney or unrepresented plaintiff)_

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from  7/29/14  , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: **8/27/14**

_____

**Christa Kendrick - Jane Doe #1**

_Printed name of party waiving service of summons_

_Signature of the attorney or unrepresented party_

**D. Stuart Morelli**

_Printed name_

**75 Langley Drive, Lawrenceville, GA 30046**

_Address_

**stuart.morelli@gwinnettcounty.com**

_E-mail address_

**770-822-8701**

_Telephone number_

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does _not_ include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 24 2014

JAMES N. HATTEN, CLERK
By:  _____
                    Deputy Clerk

# UNITED STATES DISTRICT COURT
### for the
Northern _____ District of Georgia

| | |
|---|---|
| Jason Joseph Clark, Tamah Jada Clark | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   1 : 14-CV-2128 |
| DANIEL J. PORTER, NATHAN DEAL, ET AL. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: **Mrs. Tamah Jada Clark**
　　*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from ___Tuesday, July 29, 2014___, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ___09/11/2014___

　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　 *Signature of the attorney or unrepresented party*

__MITCHELL COUNTY, GEORGIA__
*Printed name of party waiving service of summons*

　　　　　　　　　　　　　Raleigh W. Rollins
　　　　　　　　　　　　　　*Printed name*
　　　　　　　　　　　　　Alexander & Vann, LLP
　　　　　　　　　　　　　411 Gordon Avenue
　　　　　　　　　　　　　Thomasville, Georgia　31792
　　　　　　　　　　　　　　*Address*

　　　　　　　　　　　　　(229) 226-2565
　　　　　　　　　　　　　　*E-mail address*

　　　　　　　　　　　　　rrollins@alexandervann.com
　　　　　　　　　　　　　　*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

### for the

Northern     District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 2 4 2014

JAMES N. HATTEN, CLERK
By _____ Deputy Clerk

| | |
|---|---|
| Jason Joseph Clark, Tamah Jada Clark | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1 : 14-CV-2128 |
| DANIEL J. PORTER, NATHAN DEAL, ET AL. | ) |
| _____ | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Mrs. Tamah Jada Clark
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from    Tuesday, July 29, 2014    , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   09/11/2014

_____
*Signature of the attorney or unrepresented party*

CAMILLA POLICE DEPARTMENT
*Printed name of party waiving service of summons*

Raleigh W. Rollins
*Printed name*

Alexander & Vann, LLP
411 Gordon Avenue
Thomasville, Georgia   31792
*Address*

(229) 226-2565
*E-mail address*

rrollins@alexandervann.com
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| JASON JOSEPH CLARK, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:14-CV-02128 |
| DANIEL J. PORTER, ET AL. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   MRS. TAMAH JADA CLARK

　　*(Name of the plaintiff's attorney or unrepresented plaintiff)*

　　　I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

　　　I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

　　　I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

　　　I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____07/29/2014_____ . the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   08/21/2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of the attorney or unrepresented party*

BRIAN BELLAMY

*Printed name of party waiving service of summons*

DEBORAH N. GORE

*Printed name*

40 CAPITOL SQ., SW
ATLANTA, GA 30334

*Address*

dgore@law.ga.gov

*E-mail address*

(404) 463-8850

*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

　　　Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

　　　"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

　　　If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

　　　If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.