**UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF GEORGIA
(ATLANTA DIVISION)**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 2 4 2014

JAMES N. HATTEN, CLERK
By_____ Deputy Clerk

| | |
|---|---|
| **Jason Joseph Clark,**<br>**Tamah Jada Clark** (both on their own<br>behalf and that of "Baby" Clark),<br><br>    Plaintiffs<br><br>v.<br><br>DANIEL J. PORTER, et al.,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1:14-cv-02128-WBH

Civil Action No._____

**PLAINTIFFS' MOTION**

**TO DENY DEFENDANTS' MOTION FOR EXCESS PAGES AND TO DENY
DEFENDANTS' PRE-ANSWER MOTION TO DISMISS—(ACCOMPANIED
BY A BRIEF/MEMORANDUM IN SUPPORT THEREOF)**

*In a "Motion for Excess Pages" dated September 15, 2014, defendants (Daniel*

*Porter, Governor Nathan Deal, Judge Thomas Davis Jr., Attorney General Sam*

*Olens, Secretary of State Brian Kemp, Commissioner Brian Owens, Warden*

*Stanley Williams, D'Anna Liber, Brian Bellamy, Georgia Department of*

*Corrections, and the State of Georgia—collectively, "Defendants"; by and through*

*their attorney, Ms. Deborah Nolan Gore), have expressly declared their intent to*

*produce a pre-answer "Motion to Dismiss" the current action, __specifically__ based upon the following notions: "lack of jurisdiction, failure to state a claim, sovereign immunity, absolute judicial immunity, prosecutorial immunity, and qualified immunity".*

**COME NOW Plaintiffs** and move this Court to DENY Defendants' "Motion for Excess Pages", as well as Defendants' intended pre-answer "Motion to Dismiss", for the following reasons:

1) Defendants' intended pre-answer "Motion to Dismiss", according to they themselves, is based upon their claim to various forms of immunity (sovereign, absolute judicial, prosecutorial, and qualified); and upon their intended claims/"defenses" of lack of jurisdiction and failure to state a claim—all of which "defenses"/claims are invalid and do not apply. In the accompanying Brief/Memorandum, Plaintiffs will address the invalidity and absurdity of Defendants' intended claims and "defenses" and demonstrate their inapplicability to the present action.

2) Defendants' "Motion for Excess Pages" could only be justifiable if their intended "Motion to Dismiss" contained the possibility of validity, but does not—which again, Plaintiffs will demonstrate in the accompanying Brief/Memorandum in support of the present Plaintiffs' Motion.

As it now stands, based <u>solely</u> upon information about Defendants' intended claims of defense provided by Defendants themselves, Defendants' intended "defenses" are entirely meritless and the resulting "Motion to Dismiss" and proposed Brief in support thereof in access of 25 pages only have the possibility of sharing in that quality of mertilessness.

WHEREFORE,

In the interest of time, expenses, Justice, and preservation of everyone's (Plaintiffs', Defendants', and the Court's) dignity, in an attempt to eliminate the burden of unnecessary expenses and time allotment that would be needlessly consumed in entertaining Defendants' said meritless claims, Plaintiffs respectfully request that the Court grant this Motion. A proposed Order is attached hereto.

RESPECTFULLY,

For the **UNREPRESENTED** Plaintiffs,

*(Signed Friday, September 19, 2014).*

Mrs. Tamah Jada Clark
6901-A N. 9th Ave #429
Pensacola Florida [32504]
(850) 512-6642
TamahJClark@gmail.com

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF GEORGIA
## (ATLANTA DIVISION)

| | | |
|---|---|---|
| **Jason Joseph Clark,** <br> **Tamah Jada Clark** (both on their own behalf and that of "Baby" Clark), <br><br> Plaintiffs <br><br> v. <br><br> DANIEL J. PORTER, et al., <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) | 1:14-cv-02128-WBH <br><br> **Civil Action No.**_____ |

## CERTIFICATE OF SERVICE

## FOR

## PLAINTIFFS' MOTION TO DENY DEFENDANTS' MOTION FOR EXCESS PAGES AND TO DENY DEFENDANTS' PRE-ANSWER MOTION TO DISMISS

I, Mrs. Tamah Jada Clark for the UNREPRESENTED Plaintiffs, hereby affirm

that a true and correct copy of the above-mentioned **Plaintiffs' Motion** has been

served on Attorney Deborah Nolan Gore for defendants Daniel Porter, Governor

Nathan Deal, Judge Thomas Davis Jr., Attorney General Sam Olens, Secretary of

State Brian Kemp, Commissioner Brian Owens, Warden Stanley Williams,

D'Anna Liber, Brian Bellamy, Georgia Department of Corrections, and the State

of Georgia; at her last known address of :

**Attorney Deborah Nolan Gore**
**40 Capitol Square, SW**
**Atlanta, Ga 30334-1300**

7013 2250 0001 4473 7138
[Certified Mail #]

In addition, the same true and correct copy of **Plaintiffs' Motion** has been

provided to Attorney Douglas Stuart Morelli (for defendants Charles M. Walters,

Butch Conway, Tracy Goodbar, Christa Kendrick, Gwinnett County, and Gwinnett

County Police Department); as well Attorney Raleigh W. Rollins (for defendants

Mitchell County and Camilla Police Department) at their last known addresses

(respectively):

| | |
|---|---|
| Attorney Douglas Stuart Morelli    -AND- | Attorney Raleigh W. Rollins |
| 75 Langley Drive | Alexander & Vann, LLP |
| Lawrencevilla GA 30046 | 411 Gordon Avenue |
| 7013 2250 0001 4473 7145 | Thomasville, GA 31792 |
| [Certified Mail #] | 7013 2250 0001 4473 7152 |
| For the **UNREPRESENTED** Plaintiffs, | [Certified Mail #] |

Tamah Jada Clark
Ph: (850) 512-6642
E-mail: TamahJClark@gmail.com
6901-A N. 9th Ave # 429
Pensacola, Fla [32504]

X: _Tamah R Jada Clark_

Signed Friday, September 19, 2014

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 2 4 2014

JAMES N. HATTEN, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF GEORGIA**
**(ATLANTA DIVISION)**

| | | |
|---|---|---|
| **Jason Joseph Clark,** **Tamah Jada Clark** (both on their own behalf and that of "Baby" Clark), | ) ) ) ) | |
| Plaintiffs | ) ) | 1:14-cv-02128-WBH |
| v. | ) ) | **Civil Action No.**_____ |
| DANIEL J. PORTER, et al., | ) ) ) | |
| Defendants | | |

## ORDER

Having duly considered the matter before the Court and for good cause shown, it is

hereby ordered that the "Motion for Excess Pages" by defendants Daniel Porter,

Governor Nathan Deal, Judge Thomas Davis Jr., Attorney General Sam Olens,

Secretary of State Brian Kemp, Commissioner Brian Owens, Warden Stanley

Williams, D'Anna Liber, Brian Bellamy, Georgia Department of Corrections, and

the State of Georgia—collectively, "Defendants"; by and through their attorney,

Ms. Deborah Nolan Gore, be and is **DENIED**. It is further ordered that

Defendants' intended "Motion to Dismiss" based upon claims of sovereign

immunity, absolute judicial immunity, prosecutorial immunity, qualified immunity,

lack of jurisdiction, and/or failure to state a claim is meritless; and upon

presentation of such a Motion to this Court, it will also be **DENIED**.

So ordered this _____ day of _____, 2014.

_____
Judge Willis B. Hunt, Jr.
United States District Senior Judge

**UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF GEORGIA**
**(ATLANTA DIVISION)**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 2 4 2014

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

| | |
|---|---|
| **Jason Joseph Clark,**<br>**Tamah Jada Clark** (both on their own<br>behalf and that of "Baby" Clark),<br><br>Plaintiffs<br><br>v.<br><br>DANIEL J. PORTER, et al.,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1:14-cv-02128-WBH

**Civil Action No.**_____

**PLAINTIFFS' BRIEF/MEMORANDUM OF LAW**

**IN SUPPORT OF** PLAINTIFFS' MOTION TO DENY DEFENDANTS'
MOTION FOR EXCESS PAGES AND TO DENY DEFENDANTS' PRE-
ANSWER MOTION TO DISMISS

*In the Original Complaint [Amended] July 15, 2014 that commenced the present*

*action, there was attached a 38-page document entitled 'Exhibit A', which was*

*made part of said pleading for all purposes, pursuant Federal Rules of Civil*

*Procedure 10(c). In said Exhibit, Plaintiffs took special care to diligently and*

*meticulously lay the explanatory foundations for the validity of all claims against*

*Defendants; and in doing so, also spelled out the legal proof demonstrating why*

*Defendants cannot exert any form of immunity in the present action. Nevertheless,*

*defendants Daniel Porter, Governor Nathan Deal, Judge Thomas Davis Jr.,*

*Attorney General Sam Olens, Secretary of State Brian Kemp, Commissioner Brian*

*Owens, Warden Stanley Williams, D'Anna Liber, Brian Bellamy, Georgia*

*Department of Corrections, and the State of Georgia—collectively, "Defendants"(*

*by and through their attorney, Ms. Deborah Nolan Gore) have stated their intent to*

*utilize [invalid] claims of immunity and other meritless defenses to include lack of*

*jurisdiction and failure to state a claim, in order to UNLAWFULLY have the*

*present action dismissed.*


**COME NOW Plaintiffs** to reiterate that which has already been expounded in

'Exhibit A' of the Original Pleading [Amended] July 15, 2014; that We, the

Plaintiffs, may prevent a grave and blatant miscarriage of justice against us at the

hands of the Court and the above-named Defendants.

## 1) ORGANIC LAWS AND SUPREME LAW OF THE LAND

**FIRSTLY**, let it be openly declared and silently and incontestably agreed upon

that the Declaration of Independence—1776, the Articles of Confederation—1777,

and the United States Constitution—1787 form part of the Organic Law of the United States; and that the United States Constitution—1787, as well as the treaties and laws made in pursuance thereof **are the Supreme Law of the Land**.

In the Declaration of Independence—1776, it is established that the former British Colonies become free and independent states, meaning that they are also free and independent sovereignties. (See Declaration of Independence—1776). Said free and independent sovereignties then decide to associate into a Confederacy styled "The United States of America"[1], with each maintaining its sovereignty and independence[2].

Thus, the United States of America, from their very inception, have always been a conglomerate of independent states united, for certain purposes, into one. However, it was contended that the U.S. Congress lacked sufficient authority to carry out the purposes for which it was established (under the Articles of Confederation) resulting in embarrassment before the world, and thus there was proposed a new charter that provided for a more strengthened centralized governing body that was empowered to act upon not only the states, but also upon

---

[1] "The style of this confederacy shall be, "The United States of America." Article I, Articles of Confederation (1777).
[2] "Each state retains its sovereignty, freedom, and independence, and every power, jurisdiction, and right, which is not by this confederation, expressly delegated to the United States, in Congress assembled." Article II, Articles of Confederation (1777).

the citizens of the several states. The newly created United States Constitution of 1787, ("U.S. Constitution"), created a centralized government that was, for the first time, both federal AND national in nature, meaning it could act upon both the states in their political capacities, as well as upon the state citizens[3]—though **very** LIMITED in its scope of action[4].

### a) GUARANTEED UNALIENABLE RIGHTS IN THE BILL OF RIGHTS

Theretofore, derivatives of the English Common Law was the Supreme Law of the Land in the several states; but, with the acceptance of the U.S. Constitution, said Charter (along with treaties and laws made in pursuance thereof) was to become the Supreme Law of the Land. Needless to say, this made the state citizens very nervous. Thus, to guarantee unto the state citizens the protection of their unalienable rights from encroachment by tyrannical and overly-centralized and

---

[3] "The difference between a federal and national government, as it relates to the OPERATION OF THE GOVERNMENT, is supposed to consist in this, that in the former the powers operate on the political bodies composing the Confederacy, in their political capacities; in the latter, on the individual citizens composing the nation, in their individual capacities." Federalist Paper No. 39, *The Conformity of the Plan to Republican Principles,* by James Madison (1788).

[4] "The government thus established and defined is to some extent a government of the States in their political capacity. It is also, for certain purposes, a government of the people. Its powers are limited in number, but not in degree. Within the scope of its powers, as enumerated and defined [in the Constitution], it is supreme and above the States; but beyond, it has no existence [and no authority]." United States v. Cruikshank. 92 United States, 542. (1875).

oppressive government as had been experienced under the King of Great Britain—for which their forefathers and foremothers courageously fought and died—, there was instituted within the U.S. Constitution, the Bill of Rights. Now, the U.S. Constitution did not do away with the state constitutions or sovereignty[5], to the contrary, it granted the Union Government/ U.S. Federal Government the ability to carry out the specific functions for which it had been established, as delineated in Article I, Section 8 of the U.S. Constitution, subject to the limitations placed upon it in Article I, Section 9 of the U.S. Constitution.

Bear in mind that the U.S. Constitution was set-up by the existing freemen, also known as the former subjects of the King of Great Britain before the Colonies gained independence from the same, and was NOT set-up by non-existent "citizens of the United States"—a status that would not come into existence until nearly a century later, with the passage of the 14th article of amendment to the U.S. Constitution. Accordingly, the U.S. Constitution does not grant rights to freemen, it **guarantees them from encroachment** by the U.S. Federal government, its agencies, agents, citizens, employees, and all other "U.S. persons".

---

[5] "The people of the United States resident within any State are subject to two governments: one State, and the other National; but there need be no conflict between the two. The powers which one possesses, the other does not. They are established for different purposes, and have separate jurisdictions. Together they make one whole, and furnish the people of the United States with a complete government, ample for the protection of all their rights at home and abroad." United States v. Cruikshank. 92 United States, 542. (1875).

## b) CITIZEN OF THE UNITED STATES AS A LEGAL STATUS

The *earlier* United States Supreme Court has held time and time again that the term "Citizen of the United States" as used in the earlier parts of the U.S. Constitution prior to the passage of the 14th article of amendment DOES <u>NOT</u> have the same meaning as "citizen of the United States" does, as used in the U.S. Constitution after the passage of said Amendment.

As stated verbatim in 'Exhibit A' of the Original Pleading [Amended] July 15, 2014:

> *"Prior to the ratification and addition of the 14th article of amendment to the U.S. Constitution, there was no legal definition of the term "citizen of the United States"[6] [7]; whereas United States citizenship theretofore implied citizenship in one of the several States[8] of the organic American Union, as it existed before the War Between the States (1861-1865)—also known as the American Civil War.[9] "*

[6] "The first section of the fourteenth article, to which our attention is more specially invited, opens with a definition of citizenship—not only citizenship of the United States, but citizenship of the States. No such definition was previously found in the Constitution, nor had any attempt been made to define it by act of Congress." <u>Slaughter-House Cases. 16 Wallace, 36. (1872).</u>

[7] "By the original [organic] Constitution, citizenship in the United States was a consequence of citizenship in a state. By this clause [found in U.S. Constitution, Article XIV, Section 1] this order of things is reversed. Citizenship in the United States is defined; it is made independent of citizenship in a state, and citizenship in a state is a result of citizenship in the United States. So that a person born or naturalized in the United States, and subject to its jurisdiction, is, without reference to state constitutions or laws, entitled to all the privileges and immunities secured by the Constitution of the United States to citizens thereof." <u>U.S. v. Hall, (1871) 3 Chicago Leg. N. 260, 26 Fed. Cas. No. 15,282.</u>

[8] "A state [of the organic American Union] does not owe its origin to the Government of the United States, in the highest or in any of its branches. It was in existence before it. It derives its authority from the same pure and sacred source as itself: The voluntary and deliberate choice of the people". <u>Chisholm v. Georgia. 2 Dallas 419 (1793).</u>

[9] "Prior to the adoption of this [fourteenth] amendment, strictly speaking, there were no citizens of the United States, but only of some one of them. Congress had the power 'to establish an uniform rule of naturalization,' but

Thus, "citizen of the United States" is a LEGAL STATUS—not an inherent attribute of just being born on the land mass known as the United States. Said legal status indicates that one falls under the protection and jurisdictional purview of the United States Federal Government as opposed to one of the governments and constitutions of the several states. This status was intended for former slaves and/or federal agents and employees, but it has become common place for it to be **<u>unlawfully</u>** applied to ALL Americans. (See 'Exhibit A' of Original Pleading [Amended] July 15, 2014 for further explanation and details as to how this has occurred).

c) POSTERITY OF THE FREEMEN ARE THE BENEFICIARIES OF THE U.S. CONSTITUTION; NOT "CITIZENS OF THE UNITED STATES"

The phrase "We, the people" as used in the preamble of the U.S. Constitution refers to FREEMEN—who were the former subjects of the King of Great Britain before gaining their independence during the American Revolution—not "citizens

---

not the power to make a naturalized alien a citizen of any state. But the states generally provided that such persons might, on sufficient residence therein, become citizens thereof, and then the courts held, *ab convenienti*, rather than otherwise, that they became *ipso facto* citizens of the United States. But the amendment declares the law positively on the subject, and reverses this order of procedure, by making citizenship of a state consequent on citizenship of the United States; for, having declared what persons are citizens of the United States, it does not stop there, and leave it in the power of a state to exclude any such person who may reside therein from its citizenship, but adds, 'and such persons shall also be citizens of the state wherein they reside.'" <u>Sharon v. Hill, (1885) 26 Fed. 343.</u>

of the United States".  Remember, the legal status "citizen of the United States" was created in 1868 by and through the 14th amendment, which was 81 years AFTER the U.S. Constitution was established, and said persons are NOT the posterity (legally-speaking/in the eyes of the law) of the freemen who erected the Constitution or the several states united thereby—nor were they in contemplation when said Great Charter came into being.

ALL OF THE DEFENDANTS IN THE PRESENT ACTION ARE "CITIZENS OF THE UNITED STATES". (See current *de facto* Constitution of Georgia and Georgia Code Annotated).

## 2) [SACRED] OATH TO *UPHOLD* AND *DEFEND* THE U.S. CONSTITUTION

**SECONDLY**, let it be openly declared and silently and incontestably agreed upon that ALL members of the Court (including presiding Judge Willis B. Hunt, Jr.) and ALL Defendants (as well as their attorney, Ms. Deborah Nolan Gore) have sworn a [sacred] oath to UPHOLD and DEFEND the United States Constitution of

1787. Therefore, EVERYTHING that takes place in the present action **_must_** be in accordance with the dictates of said Great Charter—all else is simply unlawful and the perpetrator will have *knowingly* and *intentionally* committed grave act(s) of treason, sedition, and fraud of the most heinous nature in a despicable attempt to subvert the bestowal of long overdue Justice in behalf of Plaintiffs.

### a) NON-JUSTICIABLE NATURE OF POLITICAL MATTERS:

Citizenship and nationality are wholly POLITICAL choices that can ONLY be made by one for him or herself. Ergo, Attorney Deborah Nolan Gore (on behalf of Defendants), cannot make ANY determination as to the political status, affiliation, or allegiance of neither myself (Mrs. Tamah Jada Clark, Plaintiff) nor my husband (Mr. Jason Joseph Clark, Plaintiff), or our child ("Baby" Clark, underage Plaintiff). Citizenship and nationality are UNOBJECTIONABLY **non-justiciable** political matters and not legal questions that fall within the jurisdictional purview of any court, including this Court.

Plaintiffs have already clearly and expressly stated on the record for the Court, their self-proclaimed political allegiance and affiliations—which are explicitly and specifically exclusive of United States citizenship or nationality as defined at 8

U.S.C. § 1101(a)(22). The Court and the aforementioned Defendants by and through their attorney, Ms. Deborah Nolan Gore, are without leave and without authority to proceed with any discussion or determination as to Plaintiffs' political status (namely, citizenship and nationality); any attempt to do so would be unlawful, as *compelled association* is recognized as being unacceptable and unlawful by civilized nations worldwide. Once more, Plaintiffs are Floridian-American foreign nationals (with respect to the *current* United States), recognizable as freemen under the organic Constitution for the United States of America REPUBLIC [8 U.S.C. § 1101(a)(21)], and are more than capable and prepared to further explain this concept upon request.

b) SOVEREIGNTY AND ASSOCIATED IMMUNITIES CANNOT BE PROCLAIMED IN THE ABSENCE OF JURISDICTION:

There can be no claim of immunity or other similar defense when a given party has acted without *lawful* authority. For instance, it is an impossibility for the President of the People's Republic of China, Mr. Xi Jinping, to go to the Russian Federation (commonly referred to as "Russia") of his own volition and set up tribunals that issue judgments that in turn result in incarcerations. Because Mr. Xi

Jinping does not exercise lawful sovereignty over the Russian socio-political

territory (or its *de jure* people), he could not—upon being presented with legal

complaints against him for his [entirely hypothetical] actions in Russia—make any

claim of sovereign immunity, absolute judicial immunity, prosecutorial immunity,

or qualified immunity. And any attempt to do so would be an outright laughable

absurdity on his part. Furthermore, before he could raise ANY defense of

immunity of any kind, he would first need to prove the legitimacy of his actions by

establishing that he had lawful authority to act in the first place.

Similarly, Defendants cannot exert any claims of immunity where they have

acted outside of their lawfully granted authority. In this instance, because the

*current* State of Georgia (body politic) is composed of a "U.S. nationals" citizenry

that was not in contemplation at the time of the birth of the Constitution of the

United States of America Republic, and are thus, NOT the beneficiaries of said

Great Charter or the Trust contained therein; Defendants' only viable method of

obtaining authority over otherwise free men and women in the state territories

recognizable under said Charter, is through their consent—plain and simple. In

essence,  because they are not the lawful posterity of the freemen that erected the

State of Georgia (body politic) cognizable under the organic Constitution for the

U.S. Republic and are instead an extension of the federal-corporate-political

(*quasi-de facto*) United States Government, a large majority of the actions

perpetrated by said U.S. persons is done in commerce—through contractual nexus,

which serve as the medium through which millions of Americans unknowingly and

grudgingly enter into the realm of private international law.

### c) THERE IS NO IMMUNITY AVAILABLE TO DEFENDANTS

This entire action is centered upon the fact that Defendants have acted upon

freemen, without lawful authority to do so. For Defendants to prove otherwise is an

impossible feat, as it requires that Defendants first prove that they had lawfully

obtained Plaintiffs' consent to interact with their various agents and agencies—in

the absence of fraud, deceit, or other misrepresentations, etc., free from threat,

force or coercion, and with full disclosure as to the terms and conditions of

transacting business with them.

Transacting business in a land in which Defendants are not *lawfully* exercising

power on behalf of the lawful sovereignty implies they are acting in the capacity of

a private person, in the absence of sovereignty and the immunities attached thereto.

They are NOT the sovereignty in the State of Georgia territory—they are merely

seditious RESIDENTS, and there is NO SOVEREIGN IMMUNITY (or other immunity) available to them at this time.

### d) OTHER MERTILESS CLAIMS AND "DEFENSES" OF DEFENDANTS

In addition to the now-invalidated claims of immunity in its various forms, Defendants have also conjectured that We, the Plaintiffs have failed to state a claim upon which relief can be granted and that the Court lacks jurisdiction. However, Plaintiffs have not failed to state a claim; Defendants have FAILED to understand the statement of claim—which is a personal problem that they need to figure out on their own time and at their own expense. Furthermore, the Court does not lack jurisdiction; to the contrary, the Court has more jurisdiction and authority over Defendants and the state that they belong to than they and their attorney Ms. Deborah Nolan Gore could ever dream.

## IN CONCLUSION

There is no need to entertain Defendants' "Motion for Excess Pages" or their pre-answer "Motion to Dismiss" based on claims of immunity, lack of jurisdiction, or

failure to state a claim, as all of these meritless "defenses" are a frivolous waste of everyone's time and resources. All the while, Plaintiffs are and have been, for *FIVE* (5) years, suffering irreparable damage as a result of the offenses committed against them by Defendants. Granting the aforementioned motions would only serve to prolong the carriage of Justice that is long overdue in Plaintiffs' behalf.

RESPECTFULLY,

For the **UNREPRESENTED** Plaintiffs,

*(Signed Friday, September 19, 2014).*

Mrs. Tamah Jada Clark
6901-A N. 9th Ave #429
Pensacola Florida [32504]
(850) 512-6642
TamahJClark@gmail.com

## CERTIFICATION REGARDING PAGE AND TYPE LIMITATIONS

I, Mrs. Tamah Jada Clark, hereby certify that this brief was written in 14-point Times New Roman font.

Mrs. Tamah Jada Clark
6901-A N. 9th Ave #429
Pensacola Florida [32504]
(850) 512-6642
TamahJClark@gmail.com

Signed Friday, September 19, 2014

X

Pg. 14 of 14

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF GEORGIA
## (ATLANTA DIVISION)

| | | |
|---|---|---|
| **Jason Joseph Clark,** <br> **Tamah Jada Clark** (both on their own behalf and that of "Baby" Clark),<br><br> Plaintiffs<br><br> v.<br><br> DANIEL J. PORTER, et al.,<br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 1:14-cv-02128-WBH <br><br> **Civil Action No.**_____ |

## CERTIFICATE OF SERVICE

## FOR

<u>PLAINTIFFS' BRIEF/MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO DENY DEFENDANTS' MOTION FOR EXCESS PAGES AND TO DENY DEFENDANTS' PRE-ANSWER MOTION TO DISMISS</u>

I, Mrs. Tamah Jada Clark for the UNREPRESENTED Plaintiffs, hereby affirm

that a true and correct copy of the above-mentioned **Plaintiffs'**

**Brief/Memorandum** has been served on Attorney Deborah Nolan Gore for

defendants Daniel Porter, Governor Nathan Deal, Judge Thomas Davis Jr.,

Attorney General Sam Olens, Secretary of State Brian Kemp, Commissioner Brian

Owens, Warden Stanley Williams, D'Anna Liber, Brian Bellamy, Georgia

Department of Corrections, and the State of Georgia; at her last known address of :

**Attorney Deborah Nolan Gore**
**40 Capitol Square, SW**
**Atlanta, Ga 30334-1300**
  7013 2250 0001 4473 7138

In addition, the same true and correct copy of **Plaintiffs' Brief/Memorandum** has

been provided to Attorney Douglas Stuart Morelli (for defendants Charles M.

Walters, Butch Conway, Tracy Goodbar, Christa Kendrick, Gwinnett County, and

Gwinnett County Police Department); as well Attorney Raleigh W. Rollins (for

defendants Mitchell County and Camilla Police Department) at their last known

addresses (respectively):

| Attorney Douglas Stuart Morelli    -AND- | Attorney Raleigh W. Rollins |
| 75 Langley Drive | Alexander & Vann, LLP |
| Lawrencevilla GA 30046 | 411 Gordon Avenue |
|   7013 2250 0001 4473 7145 | Thomasville, GA 31792 |
| | 7013 2250 0001 4473 7152 |

For the **UNREPRESENTED** Plaintiffs,

Mrs. Tamah Jada Clark
Ph: (850) 512-6642
E-mail: TamahJClark@gmail.com
6901-A N. 9th Ave # 429
Pensacola, Fla [32504]

X: _Tamah Jada Clark_

Signed Friday, September 19, 2014