IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JASON JOSEPH CLARK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:14-cv-02128-WBH |
| DANIEL J. PORTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' PRE-ANSWER MOTION TO DISMISS PLAINTIFFS' COMPLAINT

COME NOW defendants District Attorney Daniel Porter, Governor Nathan Deal, Judge Thomas Davis Jr., Attorney General Sam Olens, Secretary of State Brian Kemp, Commissioner Brian Owens, Warden Stanley Williams, D'Anna Liber, Brian Bellamy, Georgia Department of Corrections ("GDC"), and the State of Georgia (collectively, "Defendants"), by and through counsel, the Attorney General for the State of Georgia, pursuant to Rule 12(b)(6) and unenumerated Rule 12(b) of the Federal Rules of Civil Procedure, and move this Court to dismiss Plaintiffs' Complaint on the basis of lack of subject matter jurisdiction, absolute judicial immunity, prosecutorial immunity, Eleventh Amendment immunity, qualified immunity, failure to state a claim upon which relief may be granted, and

other grounds as set forth in the brief filed herewith.  Defendants submit a brief in support of this motion.

Respectfully submitted, this 29th day of September, 2014.

| | |
|---|---|
| SAMUEL S. OLENS<br>Attorney General | 551540 |
| KATHLEEN M. PACIOUS<br>Deputy Attorney General | 558555 |
| DEVON ORLAND<br>Senior Assistant Attorney General | 554301 |
| /s/ *Deborah Nolan Gore*<br>Assistant Attorney General | 437340 |

Counsel for Defendants Porter, Deal, Davis, Olens, Kemp, Owens, Williams, Liber, Bellamy, GDC, and State of Georgia

PLEASE SERVE:

Deborah Nolan Gore
Office of the Attorney General, Dept. of Law
40 Capitol Square, S.W.
Atlanta, GA  30334-1300
Telephone: (404) 463-8850
Facsimile:  (404) 651-5304
dgore@law.ga.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed **DEFENDANTS' PRE-ANSWER MOTION TO DISMISS PLAINTIFFS' COMPLAINT** with the Clerk of Court using the CM/ECF system, which automatically sent e-mail notification of such filing to all attorneys of record. In addition, I have this day sent a true and accurate service copy of the within and foregoing pleading via U.S. Mail with adequate postage to ensure delivery addressed as follows:

Tamah Jada Clark
6901-A N. 9th Ave. #429
Pensacola, Florida 32504-6638

This 29th day of September, 2014.

/s/ *Deborah Nolan Gore*
Georgia Bar No. 437340
Assistant Attorney General