# EXHIBIT 1

# (Affidavit of Eyvette Cook)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JASON JOSEPH CLARK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:14-cv-02128-WBH |
| DANIEL J. PORTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF EYVETTE COOK**

Personally appears before me, the undersigned officer duly authorized to administer oaths in and for the State of Georgia, Eyvette Cook, who, after being duly sworn, deposes and states as follows:

1.

My name is Eyvette Cook. I am over the age of 18, under no civil or legal disability, and competent to testify in this matter. I give this Affidavit as evidence in the above-styled action and for any lawful purpose. I make this Affidavit based on my personal knowledge of its contents.

1

2.

I am currently employed by the Georgia Department of Corrections (GDC) as Chief Counselor and Grievance Coordinator at Smith State Prison ("Smith") in Glennville, Georgia.

3.

All GDC prisons, including Smith, have a grievance process available to all offenders. Upon entering the GDC, each offender receives an oral explanation of the grievance process as well as a copy of the Orientation Handbook for Offenders, which includes instructions about grievance procedure.

4.

A true and correct copy of the current Statewide Grievance Procedure, which became effective December 10, 2012, is attached hereto as Attachment A.

5.

As Chief Counselor and Grievance Coordinator, my responsibilities with respect to the grievance procedure include, among other things: ensuring that all offender grievances are entered into an electronic database, ensuring that offenders receive grievance forms when requested, and ensuring that grievance procedures are conducted in accordance with the GDC Standard Operating Procedures ("SOP").

6.

An inmate may grieve "any condition, policy, procedure, or action or lack thereof that affects the offender personally," unless the matter is identified in the SOP as a "non-grievable issue." (Attachment A, § VI. B. 1.)

7.

"Non-grievable issues" are: matters that do not affect the inmate personally, matters over which GDC does not exercise control, disciplinary actions, involuntary assignments to administrative segregation, healthcare co-pay charges, transfers, grievances exceeding the limit of two local active grievances, and changes to housing, program or work assignments, unless there is an alleged threat to the inmate's health or safety. (Attachment A, § VI.B.2.)

8.

The grievance procedure consists of two steps: (1) the Original Grievance and (2) the Central Office Appeal. (Attachment A, § VI. C.)

9.

An inmate must submit the Original Grievance no later than ten (10) calendar days from the date the inmate knew, or should have known, of the facts giving rise to the grievance. (Attachment A, § VI.D.4.)

10.

Upon receipt of the Original Grievance, the Grievance Coordinator will screen the grievance in order to determine whether to accept it or recommend that the Warden reject it. (Attachment A, § VI.D.5.a.)

11.

A grievance should be rejected if it raises a non-grievable issue, is not timely, includes threats, profanity, insults or racial slurs that are not a part of the complaint, or if the offender already has two active grievances. (Attachment A, § VI.D.5.b.)

12.

A Grievance Coordinator's recommendation that a grievance should be rejected must be reviewed by the Warden. (Attachment A, § VI.D.5.c.).

13.

If the Warden rejects the grievance, the offender is given a copy of the rejection decision and he may appeal the rejection decision to the Central Office. (Attachment A, § VI.D.5.d.- f.)

14.

If the Warden accepts the grievance, the grievance will be processed. (Attachment A, § VI.D.6.a.) The inmate's complaint will then be investigated in a manner that is appropriate in the situation. (Id.)

15.

The Grievance Coordinator will be provided with a report upon completion of the investigation, which he or she will review. The Grievance Coordinator will then submit a recommended response to the Warden. The Warden or the Warden's designee will thereafter issue a decision. (Attachment A, § VI.D.6.)

16.

The Warden has 40 calendar days from the date the inmate gave the Grievance Form to the Counselor to deliver the decision to the inmate. A one-time 10 calendar day extension may be granted, and the inmate is advised in writing of an extension prior to the expiration of the original 40 calendar days. (Attachment A, § VI.D.7.) If the time allowed for the original grievance response to be given to the offender has expired, the offender may file a Central Office Appeal or, in the alternative, may wait until he receives the original grievance decision to file a Central Office Appeal. (Attachment A, § VI.E.4.)

17.

An inmate has seven (7) calendar days from the date he receives the response to the Original Grievance to file a Central Office Appeal. (Attachment A, § VI.E.2.) The Commissioner or his/her designee then has 100 calendar days after receipt of the Central Office Appeal to deliver a decision on the appeal to the inmate, thereby completing the grievance process. (Attachment A, § VI.E.7.)

18.

An inmate may also file an emergency grievance. An emergency is defined as an "unexpected situation involving a significant threat to the health, safety or welfare" of the inmate which requires prompt attention. (Attachment A, § IV.A.)

19.

Emergency grievances are immediately referred to the Grievance Coordinator, or the Duty Officer if after hours. The Grievance Coordinator/Duty Officer then determines whether the grievance fits the definition of an emergency. If it does, the Grievance Coordinator/Duty Officer must take necessary action to protect the health, safety or welfare of the inmate. The inmate should be given a response to his emergency grievance within 5 calendar days. (Attachment A, § VI.F.)

20.

If the Grievance Coordinator/Duty Officer determines that the grievance does not fit the definition of an emergency, the grievance will be returned to the inmate, who then has 7 days to file the grievance as an Original Grievance. (Attachment A, § VI.F.)

21.

In preparation for this affidavit, I have reviewed the movement history, grievance history, and grievance file of inmate Jason Joseph Clark, GDC # 1000358291.

22.

Inmate Clark arrived at Smith on October 26, 2010. (See Inmate Clark's Movement History, a true and correct copy of which is attached hereto as Attachment B.)

23.

Inmate Clark has filed two grievances thus far at Smith, grievance number 162817 and grievance number 162830. (See Inmate Clark's Grievance History, a true and correct copy of which is attached hereto as Attachment C.)

24.

In grievance number 162817, which was filed on December 6, 2013, inmate Clark complained that he was placed in segregation in a "discriminatory fashion" and he further complained of several conditions of confinement in segregation. On January 6, 2014, the Warden rejected the grievance on the ground that it failed to comply with grievance procedures by combining several issues in a single grievance. Inmate Clark, who acknowledged receipt of the rejection by his signature on January 9, 2014, neither re-filed the grievance nor attempted to appeal the rejection. (See Grievance Number 162817, a true and correct copy of which is attached hereto as Attachment D.)

[TEXT CONTINUED ON FOLLOWING PAGE]

25.

In grievance number 162830, which was also filed on December 6, 2013, inmate Clark complained that an officer acted in a sarcastic and condescending manner toward him. The grievance was denied by the Warden on January 6, 2014, and inmate Clark acknowledged receipt of the denial on January 9, 2014. Inmate Clark did not file an appeal of the denial. (See Grievance Number 162830, a true and correct copy of which is attached hereto as Attachment E.)

FURTHER AFFIANT SAYETH NOT.

*Eyvette Cook*
Eyvette Cook
Chief Counselor/Grievance Coordinator
Smith State Prison

SUBSCRIBED AND SWORN TO BEFORE ME
this __23__ day of September, 2014.

_____
NOTARY PUBLIC
My commission expires: