IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON JOSEPH CLARK, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:14-cv-02128-WBH |
| DANIEL J. PORTER, et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' REPLY IN SUPPORT OF THEIR
## PRE-ANSWER MOTION TO DISMISS PLAINTIFFS' COMPLAINT

COME NOW defendants District Attorney Daniel Porter, Governor Nathan Deal, Judge Thomas Davis Jr., Attorney General Sam Olens, Secretary of State Brian Kemp, Commissioner Brian Owens, Warden Stanley Williams, D'Anna Liber, Brian Bellamy, Georgia Department of Corrections ("GDC"), and the State of Georgia (collectively, "Defendants"), by and through counsel, and respectfully file this reply brief in support of their Pre-Answer Motion to Dismiss Plaintiff's Complaint (Doc. 34) and in response to Plaintiff's "Emergency Notice to the Court," which Defendants interpret as an opposition to the same (Doc. 35), showing the Court as follows:

Plaintiffs' "opposition" to Defendants' motion leaves largely unaddressed each and every argument raised in the motion – i.e., that plaintiff Tamah Clark

lacks standing to sue on behalf of plaintiffs Jason Clark and "Baby" Clark; that Plaintiffs' complaint is due to be dismissed for lack of subject matter jurisdiction, absolute judicial immunity, prosecutorial immunity, Eleventh Amendment immunity, qualified immunity, and failure to state a claim; that plaintiff Jason Clark failed to exhaust his administrative remedies with respect to his Eighth Amendment conditions of confinement claims; and that certain of Plaintiffs' claims are barred by the statute of limitations and *Heck v. Humphrey*, 512 U.S. 486-87 (1994).

Indeed, in their "opposition," Plaintiffs merely assert generally, without coherent argument or citation to a single legal authority, that their complaint contains "insurmountable evidence and irrefutable proof" of constitutional violations. (Doc. 35, p. 1.) In "support" of this wholly conclusory contention, Plaintiffs point only to what appears to be a transcript of a guilty plea entered by Plaintiff Jason Clark in 2010 before Defendant Judge Davis. (*See* Doc. 35, pp. 1, 9-58.) Plaintiffs fail even to attempt to refute Defendants' demonstration that, to the extent Plaintiffs' claims against Judge Davis and District Attorney Porter arise out of such plea, his claims are barred by absolute judicial immunity and absolute prosecutorial immunity, respectively, as well as by *Heck v. Humphrey* and the applicable two-year statute of limitations. (*See* Doc. 34, pp. 7-9, 16-20.)

Beyond that, Plaintiffs' "response" consists of a litany of personal attacks on the intelligence and integrity of Defendants, defense counsel, and the Court, as well as the completely nonsensical contentions that (1) the case law cited by Defendants in support of their motion is "not reflective of Plaintiffs' domicile" and "invalidates" their arguments; (2) the state and federal governments "have been silently overthrown by international bankers and law experts;" and (3) Defendants "do not have standing to present claims in the name of the *de jure* people of the State of Georgia." (Doc. 35, pp. 2-6.) Such rants, in addition to Plaintiffs' equally irrational references to United States foreign policy, "black magic," "the black robe mafia," and a "New World Order," fail even to make sense, much less refute the Defendants' demonstration that they are entitled to dismissal of the complaint against them.

## CONCLUSION

Because Plaintiffs fail to provide any legal basis or authority pursuant to which they should be permitted to proceed against any of the Defendants on any claim, and for the foregoing reasons as well as those set forth in Defendants' initial brief in support of their motion to dismiss, Defendants respectfully request that Plaintiffs' action against them be dismissed.

Respectfully submitted, this 16th day of October, 2014.

      SAMUEL S. OLENS    551540
      Attorney General

      KATHLEEN M. PACIOUS  558555
      Deputy Attorney General

      DEVON ORLAND     554301
      Senior Assistant Attorney General

      /s/ *Deborah Nolan Gore*   437340
      Assistant Attorney General

      Counsel for Defendants Porter, Deal, Davis, Olens, Kemp, Owens, Williams, Liber, Bellamy, GDC, and State of Georgia

PLEASE SERVE:

Deborah Nolan Gore
Office of the Attorney General, Dept. of Law
40 Capitol Square, S.W.
Atlanta, GA  30334-1300
Telephone: (404) 463-8850
Facsimile:  (404) 651-5304
dgore@law.ga.gov

## CERTIFICATE PURSUANT TO L.R. 7.1D

I hereby certify that this motion and brief conform to the requirements of L.R. 5.1C.  This brief is written in 14 point New Times Roman font.

s/*Deborah Nolan Gore*     437340
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed **DEFENDANTS' REPLY IN SUPPORT OF THEIR PRE-ANSWER MOTION TO DISMISS PLAINTIFFS' COMPLAINT** with the Clerk of Court using the CM/ECF system, which automatically sent e-mail notification of such filing to all attorneys of record. In addition, I have this day sent a true and accurate service copy of the within and foregoing pleading via U.S. Mail with adequate postage to ensure delivery addressed as follows:

> Tamah Jada Clark
> 6901-A N. 9th Ave. #429
> Pensacola, Florida 32504-6638

This 16th day of October, 2014.

/s/ *Deborah Nolan Gore*
Georgia Bar No. 437340
Assistant Attorney General