FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 1 7 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF GEORGIA
## (ATLANTA DIVISION)

| | |
|---|---|
| **Jason Joseph Clark**, <br> **Tamah Jada Clark** (both on their own <br> behalf and that of "Baby" Clark), <br><br> Plaintiffs <br><br> v. <br><br> DANIEL J. PORTER, et al., <br><br> Defendants | 1:14-cv-02128-WBH <br><br> **Civil Action No.**_____ |

## NOTICE

### Plaintiffs' Notice to the Court Regarding the Denial of Access to U.S. Courts and the Resulting Necessity to Seek Remedy Abroad

The Court and its officers utilize an electronic filing system to which Plaintiffs are not allowed access, making it an impossibility for the Plaintiffs to avail themselves of the entirety of court filings in the present action. For instance, Plaintiffs have not received <u>any</u> communications at all whatsoever from the Court since the return of a file-stamped copy of the Original Complaint [Amended 7/15/14] in July 2014. The Court has been completely unresponsive—from the perspective of the Plaintiffs— and has neither responded to any Motions, nor issued any Orders or other communications.

Furthermore, Rule 4(b) of the Federal Rules of Civil Procedure states: *"If the summons is properly completed, the clerk must sign, seal, and issue it to the plaintiff for service on the defendant"*. In October 2014, Plaintiffs submitted proper summons to the Clerk, to be issued for the defendants who have yet to appear in the present action; but, the Clerk has failed to sign, seal, and return those summons, making it an impossibility for Plaintiffs to pursue the present matter against said defendants. As of October 2014, the United States is officially denying Plaintiffs access to its courts.

Because of its refusal to adhere to the principles of Justice, the Court has created the need for Plaintiffs to begin seeking remedy abroad, presently through the United Nations General Assembly and United Nations Security Council. (See Exhibit 1). In addition, Plaintiffs intend to bring legal suit and arbitration against the United States Federal Government (and some of its agencies individually), for the actions and inactions of its officers whom now indisputably have knowledge of this matter, but have consciously chosen to obstruct Justice. At this time, Plaintiffs would simply like to extend a special "thanks" to the Court for its [pretended] assistance that has afforded the present opportunities abroad.

For the **UNREPRESENTED** Plaintiffs,

*(Signed Monday, December 15, 2014).*

Mrs. Tamah Jada Clark
6901-A N. 9th Ave #429
Pensacola Florida [32504]
(850) 512-6642
TamahJClark@gmail.com

*Exhibit 1* (No attachments in this copy)[illegible]

WARNING: The following is a privileged communication intended for the parties to whom it is addressed. If you are not said public persons or otherwise expressly authorized by Consonantia Divina to interact with this communication, then do not proceed.

From:
Mrs. Tamah Jada Clark
6901-A N. 9ᵗʰ Ave. #429
Pensacola, Florida 32504
United States of America
Tel: (850) 512-6642
E-mail: TamahJClark@gmail.com

To:
U.N. Security Council & U.N. General Assembly

Friday, December 12, 2014

**RE: Compelled Association, Involuntary Servitude, Crime Against Humanity: The Secret Coup d'état that has taken place in the United States of America against the will of the People.**

Dear Esteemed Members of the U.N. Security Council -AND-
Distinguished Members of the U.N. General Assembly,

My name is Tamah Jada Clark and I was born and raised in the United States of America. Until recent times, I had always possessed a very sincere sense of pride and confidence in the United States Federal Government and *ignorantly* believed in the "American[1] Dream" that has been sold to all central North Americans.

However, after extensive research into the history, politics, and legal framework of the United States, there has been presented an irrefutable truth, substantiated by insurmountable evidence: the United States of America have been quietly and secretly overthrown by self-serving, militaristic banking and corporate interests through the stealthy and cunning imposition of a diminished legal status upon millions of unsuspecting central North Americans: "*citizen of the United States*".

---

[1] Author's Note: The terms "America" and "Americans" are used very loosely throughout this communication to refer to the People of the United States of America (to avoid confusion amongst those that are oblivious to the facts of geography); but, is in no way intended to offend our brothers and sisters above us (Canada) or below us (Central America and South America). This Author is well aware that "America" is two continents (North and South), and that the United States is in central North America, as opposed to comprising all of America.

Copyright© 2014 Consonantia Divina. All rights reserved.

WARNING: The following is a privileged communication intended for the parties to whom it is addressed. If you are not said public persons or otherwise expressly authorized by Consonantia Divina to interact with this communication, then do not proceed.

The significance of the aforementioned legal status is that the United States Constitution recognizes two classes of persons: 1) citizens of one of the United States [of America], and 2) citizens of the United States [Federal Government]. Legally-speaking, the former have unalienable human rights and their political will is superior to the U.S. Federal Government's, but the latter do not possess such rights (because they have contracted them away as a stipulated requirement of their "citizenship") and their political will is inferior to that of the U.S. Federal Government.

Today, ALL of the common people of central North America have *unknowingly* contracted themselves into said diminished legal status of second-class citizenry—the consequences of which are grave. Per Article 14 of the U.S. Constitution, *"citizens of the United States"* are without legal standing to oppose anything the U.S. Federal Government does, without its permission; because second-class citizens are not the source of sovereignty in the United States of America (per the U.S. Constitution); first-class citizens are.

This is the reason that said Government has been able to *legally* parade around the world committing atrocities in the name of central North Americans despite the majority of the People's opposition to its warlike behavior: because no one has had the *legal **standing***, *knowledge*, and *courage* necessary to take the U.S. Federal Government to court and win—until now.

In May of 2014, my husband (Jason Joseph Clark) and I began contacting U.S. Secretary of State, Mr. John Kerry, to complete any required process for the relinquishment of U.S. citizenship and nationality, (to thereby gain the necessary standing to lawfully oppose the current U.S. Governments' tyrannical rule, under the authority of the organic U.S. Constitution). But, after more than 50 communications to Mr. Kerry, he has not yet responded—even once—or acknowledged our request to relinquish U.S. citizenship and nationality because he understands the implications of our doing so.

The only central North Americans who truly know about and understand the U.S. citizenship and nationality *deception*—other than myself and my husband— are the highest-ranking federal judges and federal politicians (such as Mr. Kerry) whom are also the gatekeepers that oversee the *political plantation* that is "America"; whose job it is to thwart all effort that central North Americans may attempt to pursue through U.S. courts and legislatures to address this matter, in order to prevent anyone from removing the invisible shackles that have been placed upon America and everything that she **used to** stand for. This is the reason that Mr. Kerry is attempting to compel our association, but he does not possess that right.

Therefore, my husband and I have exercised our right to be free from compelled association and the second-class citizenry deceptively forced upon us by the United States Federal Government; and, we have reclaimed our unalienable human rights owing to first-class citizens under the organic U.S. Constitution.  (See Attachment #1).

Copyright© 2014 Consonantia Divina. All rights reserved.

WARNING: The following is a privileged communication intended for the parties to whom it is addressed. If you are not said public persons or otherwise expressly authorized by Consonantia Divina to interact with this communication, then do not proceed.

By the same token, we have formed a separate and independent legal personality from that of the *current* United States governments (state and federal), to represent ourselves and our posterity economically, legally, and politically: Consonantia Divina. (See Attachment #2). **Consonantia Divina has been erected in accordance with the U.S. Constitution, U.S. Statutory law, the law of nations, and Natural Law.**

As the only known first-class citizens and lawful beneficiaries/owners of the Great Charters of the United States of America, (Declaration of Independence—1776, Articles of Confederation—1777, U.S. Constitution—1787), with legal standing to do so; my husband and I shall hold said Charters and the birthrights attached thereto, **in legal Trust**, until such time as the common people are capable of proper self-governance (in accordance with the rule of law and the law of nations), as **first-class** citizens of the United States of America, which is the only lawful source of sovereignty in this land, (per the United States Constitution).

It is under the auspices of Consonantia Divina—a sovereign, non-dependent *State* of central North America with international personhood—that I now proceed before the United Nations, *in and on* behalf of the lawful owners of the Founding Charters of the United States of America, notwithstanding the illegitimacy of the *current* U.S. Federal Government's claim to lawful sovereignty—of which it has NONE.

Respectfully,

Mrs. Tamah Jada Clark

Enclosure:

Special Report to United Nations Security Council and General Assembly concerning *De facto* Government in the United States of America; and, **Request for U.N. Intervention for the Maintenance of International Peace and Security Pursuant Article 35 of the U.N. Charter**

Copyright© 2014 Consonantia Divina. All rights reserved.

WARNING: The following is a privileged communication intended for the parties to whom it is addressed. If you are not said public persons or otherwise expressly authorized by Consonantia Divina to interact with this communication, then do not proceed.

# Consonantia Divina



Email: cd@cd-gov.org
Web: www.cd-gov.org

## Special Report to United Nations Security Council and General Assembly concerning *De facto* Government in the United States of America; and, **Request for U.N. Intervention for the Maintenance of International Peace and Security Pursuant Article 35 of the U.N. Charter**

Prepared by: Mrs. Tamah Jada Clark of Consonantia Divina
December 12, 2014

*" The 'rule of law' is a concept at the very heart of the [United Nations] Organization's mission. It refers to a principle of governance in which all persons, institutions and entities, public and private, including the State itself, are accountable to laws that are publicly promulgated, equally enforced and independently adjudicated, and which are consistent with international human rights norms and standards. It requires, as well, measures to ensure adherence to the principles of supremacy of law, equality before the law, accountability to the law, fairness in the application of the law, separation of powers, participation in decision-making, legal certainty, avoidance of arbitrariness and procedural and legal transparency."*

*(S/2004/616)*
*Report of the Secretary-General on the*
*Rule of Law and Transitional Justice in*
*Conflict and Post-Conflict Societies*

**PURPOSE:**

It is with great honor and absolute rectitude of intent that Consonantia Divina comes before the United Nations General Assembly and Security Council to present the fact of *de facto* government in the United States of America, which is contrary to the rule of law, Natural Law, international peace and security, and in violation of the law of nations; and, to request U.N. intervention for the maintenance of international peace and security.

Copyright© 2014 Consonantia Divina. All rights reserved.

WARNING: The following is a privileged communication intended for the parties to whom it is addressed. If you are not said public persons or otherwise expressly authorized by Consonantia Divina to interact with this communication, then do not proceed.

**OBLIGATION OF PACIFIC SETTLEMENT:**

Though not a Member of the United Nations, Consonantia Divina hereby accepts, for the purposes of the dispute, the obligations of pacific settlement provided in the U.N. Charter; in accordance with <u>Paragraph 2, Article 35 of the U.N. Charter</u>.

**PREVIOUS RECONCILIATION EFFORTS:**

It is the intent and desire of Consonantia Divina to find pacific solution by negotiation, enquiry, mediation, conciliation, arbitration or other peaceful means. Prior to bringing the present matter before the Assembly and Security Council, the founders of Consonantia Divina have pursued two federal lawsuits in the United States District Court for the Northern District of Georgia in June and July of 2014: Civil Action No. 1:14-CV-2703-WBH-LTW; and, Civil Action No. 1:14-cv-02128-WBH. However, after months of good faith effort and patience on the part of the Founders, U.S. federal judges and other officers of U.S. courts have taken *extreme* measures to prevent the success and progression of this matter within their legal system; and, the <u>United States is now denying access to its courts</u>.

In addition to the two aforementioned federal lawsuits, countless attempts at reaching out to various United States federal and state agencies have also been made—none of which have been successful, as *every* U.S. agency contacted has refused to address the matter. Consonantia Divina has hundreds of pages of records that document all of the reconciliation efforts previously made, which can be provided upon request.

**BACKGROUND INFORMATION:**

A detailed explanation of how *de facto* government in the United States has come about can be found in the document titled "Exhibit A" attached hereto. (<u>See</u> Attachment #3). Exhibit A was authored by Consonantia Divina's founders and utilized in the first of the two federal lawsuits mentioned above. Because it is somewhat lengthy and perhaps difficult to follow, a brief overview of its contents has been provided below:

The U.S. Federal Government was erected in 1787 (via the U.S. Constitution of 1787) by state citizens who were the former subjects of the King of Great Britain.

From its inception, the United States of America was just that—an **international** conglomerate of independent and sovereign states that chose to unite themselves (for specific and limited

Copyright© 2014 Consonantia Divina. All rights reserved.

WARNING: The following is a privileged communication intended for the parties to whom it is addressed. If you are not said public persons or otherwise expressly authorized by Consonantia Divina to interact with this communication, then do not proceed.

purposes) in order to mutually perpetuate the welfare and prosperity of themselves and their posterity. It was very similar to the concept of the European Union of today.

Thus, from the founding of the United States of America union, (up until 1868), the term "citizen of the United States" was an informal term that simply implied citizenship in one of the states that was a member of the U.S.A. union. However, in 1868—with the passage of the 14th amendment to the United States constitution of 1787—the term "citizen of the United States" was given a ***legal definition*** and thereby made into a *formal* term.

Thereafter, the term "citizen of the United States" no longer implied state citizenship, but a diminished legal status incumbent upon persons who were citizens of the U.S. Federal Government. It is important to bear in mind that from its founding, the U.S. Federal Government has _always_ been a **foreign** *corporation* with respect to the states of the United States of America, and it had no citizens of its own. But, when said corporation was granted sole proprietorship over the "citizen of the United States" status, it obtained an invaluable franchise opportunity on which it has immensely capitalized.

Over the course of just a couple of generations, the lawful organization and purposes of the United States of America union have been perverted and subverted behind the chaotic political and economic climates created by such events as World War I, World War II and other cataclysms that left the common people panic-stricken, destitute, *distracted* and without hope.

It is at these times that international banking interests were able to come in and "save" the people by offering foreign economic aid that has caused debt enslavement even to the current day. Said monies were and still are administered through the U.S. Federal Government, who requires that all partakers be/have a U.S. person[2], which makes them *FRANCHISEES* of said corporation. All U.S. persons have federally-granted privileges under the 14th amendment of the U.S. Constitution, in contradistinction to unalienable human rights protected by amendments 1-10 of the U.S. Constitution—these two categories of rights are as different as night and day.

Because the U.S. Federal Government, in cooperation and conspiracy with the aforementioned militaristic international banking and corporate interests, has tricked all central North Americans into accepting the diminished legal status "citizen of the United States", which is a second-class citizenry (per article 14 of the U.S. Constitution); they have unlawfully reversed the order of sovereignty in the United States of America.

The U.S. Federal Government currently wields *absolute sovereignty* over the states and their people, as well as all other U.S. persons; instead of the people of the states being the source of sovereignty of their respective state, and those states being the source delegated, limited and specific sovereignty of the U.S. Federal Government. The U.S. Federal Government has secretly,

---

[2] Author's Note: The term "U.S. person" includes U.S. citizens, nationals, and residents; as well as all other denominations for those with United States personhood, granted by the U.S. federal government.

Copyright© 2014 Consonantia Divina. All rights reserved.

WARNING: The following is a privileged communication intended for the parties to whom it is addressed. If you are not said public persons or otherwise expressly authorized by Consonantia Divina to interact with this communication, then do not proceed.

quietly [and somewhat cleverly] stolen **ALL** of the different levels and forms of American sovereignty and amassed it for itself—contrary to the dictates of the U.S. Constitution that it so fervently claims to uphold.

Through *extreme* propaganda and miseducation efforts on the part of the U.S. Federal Government and its international co-conspirators, all central North Americans ignorantly identify themselves as *"citizens of the United States"*, without understanding or ever being informed of the legal ramifications thereby imposed. Central North Americans have been tricked into relinquishing their birthright of first-class citizenry (and unalienable human rights recognizable in association therewith), exposing themselves to excessive taxation, unjust imprisonment, execution, and whatever else the U.S. Federal Government sees fit to impose upon its citizens. All of this has been accomplished through what may very well be the largest fraud of modern history.

This is why so much money is spent on excessive "entertainment" and other premediated *distractions* in the U.S.—because the conspirators do not want central North Americans to ever wake up and realize the true price that they are paying to be "entertained": **slavery**. There is no longer liberty, freedom, or justice in the United States of America, because the U.S.A. is no longer "for the People by the People"; it is for the U.S. Federal Government (and its foreign financiers) and by them as well. The United States of America have unlawfully been transformed into an overly-aggressive political prison that oppresses the People of central North America, irrespective of the image presented in the corporate-owned media outlets.

The countless imprisonments, executions, exorbitant taxes, etc. on central North American soil, as well as the international bombings, imprisonments, wars, and other atrocities that have taken place within the past 80 years or so, have been unlawfully committed in the name of the People of central North America, through deception. The *current* U.S. governments' (state and federal) only claim to de facto authority is the continued silence and ignorance of central North Americans, whom are presumed to tacitly consent to the illegitimate governance of the United States of America by second-class "citizens of the United States", whom are not lawfully eligible to wield such power—per the U.S. Constitution.


**REQUEST FOR U.N. INTERVENTION**

The present United States Federal Government (including the subservient state governments thereby united) and its foreign co-conspirators, being *de facto* government, have committed the following offenses in central North America (on U.S. soil), and of course countless others around the world: compelling association, involuntary servitude, and crime against humanity.

Consonantia Divina recognizes and understands that not all people truly want to be free and that most are not prepared to be entrusted with the responsibilities of freedom after generations of

Copyright© 2014 Consonantia Divina. All rights reserved.

WARNING: The following is a privileged communication intended for the parties to whom it is addressed. If you are not said public persons or otherwise expressly authorized by Consonantia Divina to interact with this communication, then do not proceed.

miseducation, propaganda, and outright brainwashing by the U.S. Federal Government. Furthermore, We respect the rule of law and the law of nations and do not wish to ignite public unrest or rebellion by revealing this information to the general public (and have no intent to do so), as We do not perceive it to be in anyone's best interest. Instead, We simply wish to slightly "level the playing field" to the benefit of the People, because as it now stands, they have no chance of withstanding the treachery that has been imposed upon them.

The current "powers that be" in central North America have violated Natural law in their attempt to negate man and womans' inherent right to life and  is *quickly* mentally, emotionally, economically, and physically annihilating human life—without remorse or even lawful authority to do so. If the United States Federal Government does not intend to uphold the U.S. Constitution by respecting its indisputably clear and obligatory dictates, then it needs to be honest about that and tell the People and THE WORLD what it has done -OR- immediately adjust its behavior.

It is hereby requested that the United Nations General Assembly and Security Council intervene in this matter of *de facto*, unlawful government in the United States of America to facilitate a peaceful settlement or make recommendation in accordance with the U.N. Charter (pursuant Article 35).

Mrs. Tamah Jada Clark
Counsel & Consul
Consonantia Divina

Copyright© 2014 Consonantia Divina. All rights reserved.

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 1 7 2014

JAMES N. HATTEN, Clerk
By:
Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF GEORGIA
## (ATLANTA DIVISION)

| | | |
|---|---|---|
| Jason Joseph Clark,<br>**Tamah Jada Clark** (both on their own<br>behalf and that of "Baby" Clark), | ) <br> ) <br> ) <br> ) | |
| Plaintiffs | ) <br> ) | 1:14-cv-02128-WBH |
| v. | ) <br> ) | **Civil Action No.**_____ |
| DANIEL J. PORTER, et al., | ) <br> ) <br> ) | |
| Defendants | | |

## CERTIFICATE OF SERVICE

## FOR

Plaintiffs' Notice to the Court Regarding the Denial of Access to U.S. Courts and
the Resulting Necessity to Seek Remedy Abroad

I, Mrs. Tamah Jada Clark for the UNREPRESENTED Plaintiffs, hereby affirm

that a true and correct copy of the above-mentioned **Plaintiffs' Notice to the**

**Court** has been served on Attorney Douglas Suart Morelli for defendants Gwinnett

County, Gwinnett County Police Department, Charles M. Walters, Butch Conway,

Tracy Goodbar, and Jane Doe #1 (Christa Kendrick);  Attorney Deborah Nolan

Gore (for defendants Daniel Porter, Governor Nathan Deal, Judge Thomas Davis

Jr., Attorney General Sam Olens, Secretary of State Brian Kemp, Commissioner

Brian Owens, Warden Stanley Williams, D'Anna Liber, Brian Bellamy, Georgia

Department of Corrections, and the State of Georgia); as well Attorney Raleigh W.

Rollins (for defendants Mitchell County and Camilla Police Department) at their

last known addresses (respectively):

Attorney Douglas Stuart Morelli
75 Langley Drive
Lawrenceville, GA 30046

7011 1570 0001 1520 4450

Attorney Deborah Nolan Gore          -AND-
40 Capitol Square, SW
Atlanta, Ga 30334-1300

7011 1570 0001 1520 4467

Attorney Raleigh W. Rollins
Alexander & Vann, LLP
411 Gordon Avenue
Thomasville, GA 31792

7011 1570 0001 1520 4474

For the **UNREPRESENTED** Plaintiffs,

Mrs. Tamah Jada Clark
Ph: (850) 512-6642
E-mail: TamahJClark@gmail.com
6901-A N. 9th Ave # 429
Pensacola, Fla [32504]

X: _Tamah Jada Clark_

Signed Monday, December 15, 2014



CERTIFIED MAIL™

7013 2250 0001 4473 7169

TAMAH JADA CLARK
6901A N.9TH AVE.#
PENSACOLA FL 32504 429







U.S. POSTAGE
PAID
PENSACOLA,FL
32501
DEC 15.'14
AMOUNT

$4.70
0007870I-26

UNITED STATES
POSTAL SERVICE

1000

30303



Clerk of Court
US District Court Northern District of GA
2211 U.S. Courthouse
75 Spring St. S.W.
Atlanta, GA 30303-3361