UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA  DIVISION

| | |
|---|---|
| Jason Joseph Clark,<br>and o/b/o "Baby" Clark;<br>Tamah Jada Clark,<br>and o/b/o "Baby" Clark<br>　　　　　　Plaintiffs,<br>vs.<br>Daniel J. Porter, et al<br>　　　　　　Defendants | CIVIL ACTION FILE<br>1:14-cv-2128-WBH |

J U D G M E N T

This action having come before the Court, Honorable Willis B. Hunt, Jr, United States District Judge, for consideration of Defendants' motions to dismiss, and the Court having granted said motions, it is:

Ordered  and  Adjudged that this action is dismissed as to all claims and all Defendants.

Dated at Atlanta, Georgia, this 31st day of March, 2015

　　　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　　　CLERK/DCE


　　　　　　　　　　　　　　　　　By:　　s/Brenda Hambert
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in  the Clerk's Office
 March 31, 2015
JAMES N. HATTEN
CLERK/DCE

By:　s/Brenda Hambert
　　　　Deputy Clerk