FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 2 0 2015

JAMES N. HATTEN, Clerk
By:
Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF GEORGIA
# (ATLANTA DIVISION)

Jason Joseph Clark,                )
Tamah Jada Clark (both on their own )
behalf and that of "Baby" Clark),   )
                                    )
             Plaintiffs             )                 1:14-CV-02128-WBH
                                    )
v.                                  )          Civil Action No._____
                                    )
DANIEL J. PORTER, et al.,           )
                                    )
             Defendants             )

## NOTICE

### To F*ck This Court and Everything that it Stands For.

As of Wednesday, April 15, 2015, I am in receipt of the Order dated

3/31/2015 wherein the despicable "Judge" Willis B. Hunt, Jr. has the audacity to

attempt to dismiss this case based upon fallacious and irrelevant contentions that

are without merit—of which he is absolutely aware.

Firstly, Jason *is* my HUSBAND, as I have stated, you a*shole. And my son

is no longer an infant; he has grown into a strong, *extremely* intelligent and

beautiful little boy. Don't you ever again in your mother*cking life attempt to

disrespect me, my family, or our status again. Keep our names out of your unworthy mouth—you old, **IMPOTENT** geezer.

And no, Jason did not sign the complaint—so the f*ck what? Is that *really* the best argument you can come up with—after the MANY pages I have presented to this court—as to why you cannot allow the matter to progress? Lol. What a joke you are, old man.

What about the 100+ pages of *valid* legal contentions that have been presented by Plaintiffs before this court? You don't want to delve into those—do you? You don't want the American people to know about the fraud that your B*TCH A*S is helping pull on them. Ain't that right? F*cking b*tch…You disgust me.

And you mean to tell me that a ***mother*** cannot bring suit on behalf of her *own* child—and no one finds that the least bit strange? THIS is what people think freedom and unalienable rights look like? God help us. Lord, help us all…

The court "takes judicial notice" of blah, blah, blah …Yep. Whatever. That's right—I had a cocked and fully loaded AK-47 assault rifle, as well as a .45 caliber pistol. What's your point? And NO, I was never convicted of anything. But you know what? They can go right ahead and try to convict me if they want to—I don't give a d*mn. This whole system is a joke.

The United States of America have collectively and individually been politically and legally overthrown by foreign opportunists and domestic sellout b*tches like you. Mitchell County officials will get their f*cking feelings hurt if they even try me. I'm not playing with you or anybody else. F*ck you all. How about that?

Also, you genius, I NEVER stated that I am not a citizen of any nation. Don't try to twist my words. I said that my family and I are the posterity of those who conquered this land and have thus inherited it from them; and that you *citizens of the United States*, as defined by the 14th Amendment to the U.S. federal Constitution in 1868 have no rights to anything here. I said we are Floridian-Americans—but our lawful State government has been overthrown by insurgent federal citizens, (*citizens of the United States*), like you.

And now that 99.9% of Americans are ignorant as to our true history, you traitors have tricked them all into identifying themselves as federal citizens, and you, what—think this means you will get away with something? No. Absolutely not. All that the people need is a proper education, free of propaganda and lies— and I'm working on that. See Attachment A, entitled "Why Most Americans Do Not Inherently Owe Federal Income Taxes". Let me know if you want to write the introduction to my next publication—there are many more to come.

Look here, old man, when I told you **I AM Justice**—I meant it. It took me about 1 month to study the history of the world and to learn the history and inner workings of American jurisprudence, literally. I was born to do this here. Don't you know that your FBI and CIA have been trying to recruit me since grade school? Lol. But they're unscrupulous losers like you, so it won't be happening.

Instead, I will educate the People, and hopefully one day, if we are lucky, they will rise up against you oppressive, lying traitors and hang you all for the crime you have committed against us all.

What? You think because you sit up there in that little black robe hiding behind the ignorance of the masses like a little b*tch, that ANYBODY gives a d*mn about you or what you have to say? Well, just in case you haven't noticed—I couldn't give two f*cks about you or what you have to say. F*ck you, old man. You're a joke. Your court's a joke. You take it up the a*s; and you suck nuts. Lol.

For the last time, we have not asserted any civil rights pursuant 42 U.S.C. §1983—as that particular federal code section applies specifically to federal citizens ONLY; we are not federal citizens. Answer me this, genius: if the original states were in existence before the federal government—with their own constitutional provisions for protecting their citizens' unalienable human rights—

then why would state citizens need to claim protection for those rights under the federal constitution? They don't. That makes no sense. At all.

All rights claimed under 42 U.S.C. §1983 are those of federal citizens, *exclusively*. Further, your stupid assertion regarding federal civil rights and their respective statute of limitations is flawed in this: it's not applicable and is outright stupid. In addition, a law person worth his salt would know about and respect legal principle concerning domicile, which dictates that you cannot apply the *"Williams v. City of Atlanta 794 F. 2d 624 (11th Cir. 1986)"* to us, the Plaintiffs, because the parties to that case are domiciled in the District of Columbia, being that they are federal citizens of the United States [federal government]. Our domicile is right here in Florida. You're an idiot.

You then end your f\*ckery by stating that the case is dismissed *"for good cause shown, and in the absence of opposition"*; however, you have not shown any good or legally valid cause—and you know it. There is no *applicable* legal basis for your assertions, old man. All of your arguments are frivolous.

You have presented federal rights and laws to defeat unalienable human rights and laws that supersede them both. What a shameful and stupid joke you are. Also, we have properly and flawlessly opposed, rebutted, and defeated the 60+

pages of irrelevant and inapplicable contentions Defendants have attempted to levy against us. But you don't even acknowledge that, huh? What a hoe.

This court has undoubtedly been showing unprecedented favor to Defendants; had not said one word to us, the Plaintiffs, since the filing of the original complaint more than 9 months ago; and now states that there was no opposition to Defendants' motion to dismiss? What about the 100+ pages of proper rebuttals and defenses that Plaintiffs presented to the court? You've just completely disregarded them all, huh? I suppose you did same thing in Civil Action No. 1:14-CV-2703-WBH-LTW too, didn't you? You b*tch…

Don't worry, I take it all as a compliment, because I am well aware that the court has not spoken to me because it cannot defeat my legal arguments—so it runs and cowers like a panic-stricken hoe that has stolen money from her back-handing pimp. Just for the record: you *are* a hoe. This court is a hoe. And I will backhand you both, should you continue to waste my time.

Let me ask you—do you *really* think I ever believed this court would give me a fair shot? Ha! No. I'm much too intelligent for that. Just know that this entire proceeding has served the purpose for which it was intended. And you played right into it, in the *exact* way that I intended for you to, like the dumb hoe that you are…

The federal government was not created to replace the state governments by any means. It was created to tend to matters that fell without the sovereignty of any one particular state. After having been oppressed by the King of Great Britain, is that what the Founding Fathers did? They went through hell and fought the War for Independence just to relinquish their citizens to the federal government and set it up to be **more** oppressive than the King of Great Britain could have ever been? I think not.

In fact, the people were so weary of something like this happening that it is the very reason that the Federalist Papers were written—to convince the peoples of the several states that a weak and limited central **REPUBLICAN** government to loosely hold them together was a good idea. Looks like the people were right to be weary of a federal, oversized, oppressive central government. I mean, look at this mess…The U.S. federal government is out of control.

The federal government currently taxes the people *exponentially* more than the British King could have ever dreamed of doing.  And people's human rights are being violated faster than you can say the phrase "Willis B. Hunt, Jr. is a b*tcha*s hoe". I mean, I am not a retard that you are going to convince that these brilliant men intended for the federal government to wield power over the several states and their people as it presently does. This is not freedom, you jacka*s. This is slavery worse than the history of the world has ever seen.

Any idiot can take a look into the history of American jurisprudence through studying congressional records, U.S. Supreme Court cases, etc.—as I have done—to realize that these United States of America have been overthrown. The American people—due to their own neglect of civic duty and responsibility to educate themselves and their children, have allowed this to happen.

I say all of this to say: Mr. Hunt, I don't give a d*mn about you or anything you have to say. You are a *castrated* coward and a disgrace to these United States of America. Fortunately for us all, you are in old age and presumably nearing the inevitable death that awaits all old impotent geezers like yourself, with a one-way ticket to hell; which is good. That's exactly where a treacherous, lying, spineless, bastard son-of-a-b*tch like you deserves to be for the rest of eternity.  Burn.

Lastly, I will be posting the entirety of these court proceedings online and disseminating them amongst the general population, for the people to see this disgrace. You control nothing. You are nothing. And you can do nothing. F*ck you. Die.


For the **UNREPRESENTED** Plaintiffs,

*(Signed Wednesday, April 15, 2015).*

Mrs. Tamah Jada Clark
6901-A N. 9th Ave #429
Pensacola Florida 32504
(850) 512-6642
TamahJClark@gmail.com