

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 20 2015

JAMES N. HATTEN, Clerk
By:

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF GEORGIA
(ATLANTA DIVISION)

**Jason Joseph Clark,**
**Tamah Jada Clark** (both on their own behalf and that of "Baby" Clark),

    Plaintiffs

v.

DANIEL J. PORTER, et al.,

    Defendants

1:14-CV-02128-WBH

Civil Action No._____

## CERTIFICATE OF SERVICE

## FOR

Notice To F*ck This Court and Everything that it Stands For.

I, Mrs. Tamah Jada Clark for the UNREPRESENTED Plaintiffs, hereby affirm that a true and correct copy of the above-mentioned **Plaintiffs' Notice to Fuck this Court and Everything that it Stands For** has been served on Attorney Douglas Suart Morelli for defendants Gwinnett County, Gwinnett County Police Department, Charles M. Walters, Butch Conway, Tracy Goodbar, and Jane Doe #1 (Christa Kendrick); Attorney Deborah Nolan Gore (for defendants Daniel Porter,

Governor Nathan Deal, Judge Thomas Davis Jr., Attorney General Sam Olens, Secretary of State Brian Kemp, Commissioner Brian Owens, Warden Stanley Williams, D'Anna Liber, Brian Bellamy, Georgia Department of Corrections, and the State of Georgia); as well Attorney Raleigh W. Rollins (for defendants Mitchell County and Camilla Police Department) at their last known addresses (respectively):

7013 2250 0001 4473 7220

Attorney Douglas Stuart Morelli
75 Langley Drive
Lawrenceville GA 30046

7013 2250 0001 4473 7244

Attorney Deborah Nolan Gore
40 Capitol Square, SW
Atlanta, Ga 30334-1300

-AND-

7013 2250 0001 4473 7466

Attorney Raleigh W. Rollins
Alexander & Vann, LLP
411 Gordon Avenue
Thomasville, GA 31792

For the **UNREPRESENTED** Plaintiffs,

Mrs. Tamah Jada Clark
Ph: (850) 512-6642
E-mail: TamahJClark@gmail.com
6901-A N. 9th Ave # 429
Pensacola, Fla 32504

X: _/s/ Tamah Jada Clark_

Signed Wednesday, April 15, 2015