# WHY MOST AMERICANS DO NOT INHERENTLY OWE FEDERAL INCOME TAXES

### FRIDAY, MARCH 20, 2015

Mrs. Tamah Jada Clark: *Revolutionary Intellectualism*™
Sophisticated Language™ Publishing Co.: *Words More Powerful Than Warfare*™
6901-A N. 9th Ave. #429
Pensacola, Florida
United States of America
E-mail: info@SophisticatedLanguage.org
Web: www.SophisticatedLanguage.org

*"TO EXERCISE POWER COSTS EFFORT AND DEMANDS COURAGE. THAT IS WHY SO MANY FAIL TO ASSERT RIGHTS TO WHICH THEY ARE PERFECTLY ENTITLED—BECAUSE A RIGHT IS A KIND OF POWER BUT THEY ARE TOO LAZY OR TOO COWARDLY TO EXERCISE IT. THE VIRTUES WHICH CLOAK THESE FAULTS ARE CALLED PATIENCE AND FORBEARANCE."*

*(—FRIEDRICH NIETZSCHE)*

## DEDICATION

I dedicate this publication to federal Senior Judge Willis B. Hunt, Jr. of the United States District Court for the Northern District of Georgia. It is he who has inspired me to publish this information for dissemination amongst the general public due to the fraud that U.S. Courts, under his direction and leadership, have attempted to perpetrate against me. (Dedication cont. on pg. 4)

Copyright© Mrs. Tamah Jada Clark. All Rights Reserved. *Revolutionary Intellectualism*™, Sophisticated Language™, and *Words More Powerful Than Warfare*™ are trademarks of Mrs. Tamah Jada Clark. All Rights Reserved. Please reference pgs.2-3 for additional information regarding copyrights, permissions, and ownership of these materials.



# Sophisticated Language™
(Owned and operated by Mrs. Tamah Jada Clark)

# Terms of Access

***NO PURCHASE NECESSARY. MATERIALS NOT AVAILABLE FOR PURCHASE.
MONETARY GIFTS & VOLUNTARY CONTRIBUTIONS ARE FINAL. ***

## GENERAL TERMS & NOTICE OF COPYRIGHT

The publication(s) to which you are receiving access are composed of original material that is the exclusive intellectual property of Mrs. Tamah Jada Clark/Sophisticated Language™ Publishing Co., (with the exception of any information contained therein specifically attributed to another source); hereinafter, "Publication(s)". By proceeding to interact with Publication(s) by way of accessing the same—whether there is an exchange of currency or not—you agree to the following terms, in all cases whatsoever:

1. It is strictly prohibited for anyone to attempt to financially profit or obtain other monetary gain from Publications(s), in any way, whether directly or indirectly. Do not attempt to monetize neither Publication(s) themselves, nor access to the same.
2. The copyright holder named above retains full and absolute ownership of Publication(s) and thus, any presentation, display, or distribution of the material must remain completely intact and unaltered in any way; containing all copyright and other information as intended by the owner. Do not attempt to rebrand or alter Publication(s) in any way. Do not attempt to replicate, duplicate, syndicate, or disseminate Publication(s) or the contents thereof for any reason, in any way, without prior explicit written approval from the owner.
3. Do NOT utilize or publicly display Publication(s) in any way that suggests Mrs. Tamah Jada Clark is associated or affiliated with, endorsing, supporting, or condemning anyone or anything.
4. Mrs. Tamah Jada Clark/Sophisticated Language™ Publishing Co. may change or altogether revoke these permissions at any time with or without notice.
5. Regardless of whether or not you have voluntarily remitted any form of currency to demonstrate your support for the production of future materials or to demonstrate your appreciation for the present Publication(s), this does not entitle you to any form of rights with respect to the same. You may not replicate or duplicate Publication(s) in any way.
6. You may not knowingly or willingly interact with or utilize Publication(s) in any way that violates applicable law(s). Mrs. Tamah Jada Clark/Sophisticated Language™ Publishing Co. cannot and will not be held liable or responsible for improper usage of Publication(s) and does not condone or support unlawful activity of any kind.

Copyright© Mrs. Tamah Jada Clark. All Rights Reserved. *Revolutionary Intellectualism*™, Sophisticated Language™, and *Words More Powerful Than Warfare*™ are trademarks of Mrs. Tamah Jada Clark. All Rights Reserved. Please reference pgs.2-3 for additional information regarding copyrights, permissions, and ownership of these materials.

All further permissions must be approved in advance, in writing. For further permissions, write to info@SophisticatedLanguage.org . All rights pertaining to Publication(s) are both exclusively and indefinitely reserved to, by, and for Mrs. Tamah Jada Clark and shall inure to the descendants of the same.

## TERMS & CONDITIONS FOR VOLUNTARY CONTRIBUTIONS & GIFTS

Publication(s) are not available for sale. Nothing is being sold to you. However, those that understand the time, effort, resources, and expenditures necessary to produce materials of this kind and who would like to voluntarily demonstrate their appreciation and/or support and encourage the production of future materials may do so by way of voluntary contributions that are deemed gifts for all intents and purposes. Though Sophisticated Language™ is not a registered 501(c)(3) or other non-profit recognized by or registered with the U.S. Internal Revenue Service, Sophisticated Language™ does not operate for the purpose of generating a profit; but for the purpose of disseminating informational and educational materials to the general public. Regardless of whether voluntary contributions are made, Publication(s) are ultimately funded and sponsored by Mrs. Tamah Jada Clark and remain the absolute and indefinite intellectual property of the same, as Publication(s) are not available to be bought or sold. Nevertheless, if you understand the benefit of such materials and feel compelled to contribute to their production, you are hereby invited to do so. But please understand that all voluntary contributions (monetary gifts) made will not be returned to you; all monetary gifts are non-reversible. Please do not take the time to give a gift just to turn around and attempt to ask for it back. By proceeding to make a voluntary contribution (monetary gift) and access Publication(s), you hereby agree to adhere to these terms regarding the non-reversible nature of monetary gifts and voluntary contributions and you indicate your acceptance of their finality.

Please note that the receipt associated with your downloading and accessing of Publication(s) from www.TamahJadaClark.com or www.SophisticatedLanguage.org is merely a written record for your knowledge and personal recordation purposes. Though it may be titled "Purchase Receipt" or other similar titular denomination that may imply transfer of ownership of some kind, no such transfer is taking place. The only thing for which currency may be *voluntarily* remitted is access to a given publication, but not the publication itself. Gaining access to Publication(s) following the remitting of currency may be regarded by some as a species of "purchase"; however, a "purchase" of such manner as heretofore described will be deemed a voluntary contribution (monetary gift) for all intents and purposes. Such "purchases" may result in your being granted access to the respective material(s) and/or Publication(s) IF your voluntary contribution is accepted by owner. However, if your monetary gift/voluntary contribution related to accessing materials is not accepted, then there is absolutely no obligation—explicit or implicit—to provide you access to any such materials.

### ***NO PURCHASE NECESSARY. MATERIALS NOT AVAILABLE FOR PURCHASE. MONETARY GIFTS & VOLUNTARY CONTRIBUTIONS ARE FINAL. ***

By proceeding to access Publication(s), you indicate that you have read, understood, and voluntarily agreed to comply with these Terms of Access, to include: General Terms &Notice of Copyright and Terms & Conditions for Voluntary Contributions & Gifts. If you do not agree to said Terms, then do NOT proceed to access Publication(s). These Terms may change with or without notice. Use the contact information below to obtain the most up-to-date information regarding these Terms.

For questions or further assistance understanding these Terms of Access, contact info@SophisticatedLanguage.org  BEFORE proceeding to access Publication(s).

### [End of Terms of Access]

Copyright© Mrs. Tamah Jada Clark. All Rights Reserved. *Revolutionary Intellectualism*™, Sophisticated Language™, and *Words More Powerful Than Warfare*™ are trademarks of Mrs. Tamah Jada Clark. All Rights Reserved. Please reference pgs.2-3 for additional information regarding copyrights, permissions, and ownership of these materials.

# DEDICATION
(Continued from pg. 1)

In July of 2014, I filed federal suit—Civil Action Number 1:14-cv-02128-WBH—in the U.S.D.C. for the Northern District of Georgia, calling into question Constitutional discrepancies and violations by public officials thereof. The opposing Assistant State Attorney General of Georgia, and two additional federal attorneys —all teamed up against *just* me, with the indirect assistance of Federal Magistrate Judge Linda T. Walker —were unable to successfully rebut or defeat **any** of my legal contentions, though they certainly *tried*. This, of course, hurt their egos and greatly angered them all, as one could imagine.

Consequently, without issuing any notice of any kind containing legal justification for his actions, the presiding judge, Senior Judge Willis B. Hunt, Jr., directed the Clerk of Court to stop sending me communications from the Court, making it impossible for me to continue prevailing against the defense—all of whom were *collectively* unable to defeat me relying upon facts of law, though each of them is one to two generations in front of me and some of them have even been practicing law since before I was born. Again, hurt egos...

Senior Judge Willis B. Hunt, Jr. has unlawfully attempted to abridge my right to access U.S. federal courts in order to prevent me from exposing the fraud that has been perpetrated against millions of unsuspecting Americans concerning their human rights and freedom. (See Appendix A). He knows that if I were to win the case on record, then it would establish a legal precedence for millions of others to follow in my footsteps.

Not only has the Court violated my right to prosecute and defend in an American court, in my proper person, but it has also deceptively misclassified my suit as a civil rights case under the Civil Rights Act, codified at 42 U.S.C. § 1983—which *offends* me beyond measure, as it is an insult to my intelligence. My case was not filed as a civil rights case. (See Appendix B). I do not have any such civil rights nor do I want them. And if other Americans understood that having statutorily *granted* U.S. civil rights means not having human rights—from a legal standpoint—then they would not want them either.

Not only can I differentiate my *invaluable* human rights from that of mere U.S. civil rights, but I can also *flawlessly* assert and defend them in a court of law when given the chance. Neither Senior Judge Willis B. Hunt, Jr. nor anyone else *can* or *will* prevent me from obtaining the justice that I both demand and deserve for myself, my Family, and my Country.

Thus, it is the prevalence of corruption and injustice that has become the standard of American Jurisprudence that now compels me to take the Power out of the hands of traitorous and seditious miscreants of the "Black Robe Mafia"—by educating the general public—and put it back into the hands of the American People, where it properly belongs.

**What I want in return from the American People, is her permission and cooperation for the opportunity to prosecute the owners and overseers of the political plantation that has become of America, by exposing their identities and bringing them to Justice.**

Copyright© Mrs. Tamah Jada Clark. All Rights Reserved. *Revolutionary Intellectualism*™, *Sophisticated Language*™, and *Words More Powerful Than Warfare*™ are trademarks of Mrs. Tamah Jada Clark. All Rights Reserved. Please reference pgs.2-3 for additional information regarding copyrights, permissions, and ownership of these materials.

# A WORD FROM THE AUTHOR

Allow me to begin by stating that I am not a "tax protester", because there is *nothing* to protest. To the contrary, I have no problem outright saying that I do not pay federal income taxes. And will not *be* paying federal income taxes. *Why?* Because, *I do not owe federal income taxes*; they do not apply to me. Nor would they any longer *appear* to apply to most other Americans, if they thoroughly understood the information that I am going to present in this publication.

Note: I am not serving as legal counsel for anyone who reads my publication, nor will I accept blame for anyone choosing to misuse the information provided herein. However, I do not suggest that one wanting to learn more about this topic seek legal advice, as attorneys, too, have been mis-educated to uphold practices that are contradictory to the Organic Laws of the United States (Declaration of Independence—1776, Articles of Confederation—1777, Ordinance of 1787: The Northwest Territorial Government, U.S. Constitution—1787).

Instead, I suggest that responsible American adults take the time to educate themselves and their children in the subject areas of American history, politics, Law, and civics; and be mindful of informational resources that may be tainted by underlying motives or societal filters, as well as those that may be based upon hearsay or subjective opinions. I will not lie to you and say that the concepts in this publication are *not* difficult to understand, as they most certainly are—but well worth it.

On a scale of 1-5, this publication is rated "*4: INTERMEDIATE-ADVANCED*"; meaning it is best suited for those with an exceptionally significant understanding of American history, politics, Law, and civics. Be sure to read the footnotes to help you understand the legal substantiation for the points asserted. You will need to visit the sources provided on your own to get a feel for what it is I am communicating and the subtle, yet world-changing underlain implications attached thereto.

Please bear in mind that I have studied *countless* hours to know what I know and do what I do. Please be careful trying to imitate me, as it could be very dangerous for you. The proverbial slave drivers that run the American political plantation will not hesitate to make an example of anyone bold enough, (yet not intellectually *prepared* enough), to challenge the unlawful impropriety of their actions.

Copyright© Mrs. Tamah Jada Clark. All Rights Reserved. *Revolutionary Intellectualism*™, Sophisticated Language™, and *Words More Powerful Than Warfare*™ are trademarks of Mrs. Tamah Jada Clark. All Rights Reserved. Please reference pgs.2-3 for additional information regarding copyrights, permissions, and ownership of these materials.

# Legal Notices for U.S. Officials

Dear U.S. State and Federal Officials:

My name is Tamah Jada Clark; nice to meet you. I do not have any form of contractual or other legal impairments preventing me from the free exercise of my unalienable human rights. I was born in Pensacola, Florida and have a legal right to be in the USA, though I am not a citizen or national of the United States, as defined at 8 U.S.C. § 1101(a)(22).

I thank you in advance for observing the limitations placed upon U.S. persons by the Bill of Rights, as it pertains to American nationals in possession of my status.

My personal address, phone number, and e-mail are on file with the U.S. Federal Government and available through the U.S. Secretary of State, as well as the United States District Courts for the Northern and Southern Districts of Georgia.

If you have any questions or need help understanding the legality of my statements or the legal matters contained herein, please feel free to contact me using this e-mail address: me@TamahJadaClark.com. I would love to hear from you. Thank you.


Sincerely,

/s/ Tamah Jada Clark
Mrs. Tamah Jada Clark
Responsible American

P.S., If you do not understand this notice, then it is not intended for you. Mind your business.


# SOURCES

All references to the United States Code and the Constitution of the United States of America—1787 are based upon the documentation provided by the U.S. Office of the Law Revision Council, established by 2 U.S.C. § 285, officially charged to develop and keep current the codification of the laws of the United States, pursuant 2 U.S.C. § 285a.

All references and quotations from U.S. Supreme Court cases must be read with special consideration for the historical context in which they were written.

The sources relied upon in this publication are as follows:

- The Official Code of the United States
- Official U.S. Supreme Court Cases
- Official Organic Laws of the United States


Copyright© Mrs. Tamah Jada Clark. All Rights Reserved. *Revolutionary Intellectualism*™, Sophisticated Language™, and *Words More Powerful Than Warfare*™ are trademarks of Mrs. Tamah Jada Clark. All Rights Reserved. Please reference pgs.2-3 for additional information regarding copyrights, permissions, and ownership of these materials.

**CHALLENGE!**

Legal scholars, historians, professors of law, state and federal judges, and whomever else would suggest that he or she is able to successfully rebut and defeat the legal contentions contained herein, relying solely upon facts of law, are hereby challenged to *try* to do so.

# [***LEGAL CONTENTIONS BEGIN ON PAGE 8***]

Copyright© Mrs. Tamah Jada Clark. All Rights Reserved. *Revolutionary Intellectualism*™, Sophisticated Language™, and *Words More Powerful Than Warfare*™ are trademarks of Mrs. Tamah Jada Clark. All Rights Reserved. Please reference pgs.2-3 for additional information regarding copyrights, permissions, and ownership of these materials.

Case 1:14-cv-02128-WBH   Document 41-2   Filed 04/20/15   Page 8 of 23

# INTRODUCTION: THE ORGANIC CONSTITUTION

The United States Federal Constitution of 1787 is the founding charter of the U.S. Federal Government. It is a legal grant of authority by the American peoples of the independent and sovereign American Republics (the several states)[1], for the erection and operation of a common government with limited delegated authority to act in behalf of said peoples.

The *original* powers granted to the central government under the organic Constitution are delineated in Article I, Section 8, Clauses 1-18; subject to the limitations imposed thereupon by Article I, Section 9, Clauses 1-8 and the Bill of Rights (Amendments I-X).

What is meant by the term *Organic Constitution* is this: The United States Federal Government no longer operates solely according to the dictates of the original Constitution (Articles I-VII), the Bill of Rights (Amendments I-X), and the remaining two articles of amendment that preceded the *War of Northern Aggression*[2], (Amendments XI and XII).

During the Reconstruction Period (1865-1867) that followed the aforementioned War, the U.S. Federal Government began the development of what has become a deceptively altered version of the organic Constitution—to be explained forthwith—accompanied by a *new* form of government that was theretofore foreign and repulsive to American jurisprudence. This new form of government is called *democracy*.[3]

The authors and main proponents of the original U.S. Constitution made it irrefutably clear that the central government, when delegating for the several states, was to act as a Constitutional Republic, as opposed to a Democracy[4]. Proof of this can be found in

---

[1] *See* Declaration of Independence—1776
[2] Author's Note: The *War of Northern Aggression* (1861-1865) is also commonly referred to as the *War Between the States* and the *American Civil War*.
[3] Author's Note: After having been unjustly persecuted and over-taxed by the British Crown in colonial America, the former colonists—who would later become the peoples of the several states of America by and through the Declaration of Independence (1776) and the associated American War for Independence/Revolutionary War (1775-1783)—were opposed to a democratic central government because they knew it would inevitably lead to an over-sized central government capable of over-taxation and unjust persecution.
[4] Author's Note: A Constitutional Republic is a form of government in which individual rights are heralded as paramount to the functions and purposes of government, and recognizes that said rights must be upheld in accordance with the respective social compact (i.e. constitution) irrespective of the opinions and desires of the majority. In other words, the majority does not rule and it cannot infringe

Copyright© Mrs. Tamah Jada Clark. All Rights Reserved. *Revolutionary Intellectualism*™, Sophisticated Language™, and *Words More Powerful Than Warfare*™ are trademarks of Mrs. Tamah Jada Clark. All Rights Reserved. Please reference pgs.2-3 for additional information regarding copyrights, permissions, and ownership of these materials.

the Federalist Papers[5], which were penned by John Jay, Alexander Hamilton, and James Madison to convince the people of the American Republics to charter the Constitution that would later create a common *republican*[6] government amongst them, to govern their common interests, which mainly pertained to foreign affairs and other matters that fell without the sovereignty of any one particular state.

# CONSTITUTIONAL GRANTS OF TAXATION AUTHORITY

The constitutional grant of authority for the Federal Government to tax the peoples of the American Republics is found in Article I, Section 8, Clause 1, which reads:

> "The Congress shall have Power To lay and collect Taxes, Duties, Imposts, and Excises, to pay the Debts and provide for the common Defence and general Welfare of the United States; but all Duties, Imposts and Excises shall be uniform throughout the United States".[7]

There is also a second constitutional grant of authority for taxation, which is found in Article of Amendment 16; also known as the 16th Amendment, which reads as follows:

---

upon individual rights at will. In contradistinction, a Democracy is a form of government in which the majority *does* rule, which means that irrespective of an individual's unalienable human rights, should the majority of the voting members of a society decide someone should be over-taxed, persecuted, or even killed—for any reason—then this would be legally acceptable in a democratic society, notwithstanding said individual's claim to any species of rights.

[5] "The first question that offers itself is, whether the general form and aspect of the [Union's] government be strictly republican. It is evident that no other form would be reconcilable with the genius of the people of America; with the fundamental principles of the [American] Revolution; or with that honorable determination which animates every votary of freedom, to rest all our political experiments on the capacity of mankind for self-government. If the plan of the convention, therefore, be found to depart from the republican character, its advocates must abandon it as no longer defensible." Federalist Paper No. 39, *The Conformity of the Plan to Republican Principles*, by James Madison (1788).

[6] *See* 4 U.S.C. § 4 : "I pledge allegiance to the Flag of the United States of America, and to the Republic for which it stands, one Nation under God, indivisible, with liberty and justice for all."

[7] Author's Note: Article I, Section 9, Clause 4 places additional limitations on the taxation authority of Congress, as it pertains to the peoples of the several states; it reads: *"No Capitation, or other direct, Tax shall be laid, unless in Proportion to the Census or Enumeration herein before directed to be taken."*

Copyright© Mrs. Tamah Jada Clark. All Rights Reserved. *Revolutionary Intellectualism*™, Sophisticated Language™, and *Words More Powerful Than Warfare*™ are trademarks of Mrs. Tamah Jada Clark. All Rights Reserved. Please reference pgs.2-3 for additional information regarding copyrights, permissions, and ownership of these materials.

"The Congress shall have power to lay and collect taxes on incomes, from whatever source derived, without apportionment among the several States, and without regard to any census or enumeration."

However, the 16th Amendment was not intended to apply to the peoples of the American Republics, also known as state citizens, or citizens of <u>one</u> of the United States; it was intended to apply to *citizens of the United States*. Being a citizen of the United States *versus* a citizen <u>of one</u> of the United States presents a dispositional paradox of legal statuses, as state citizenship and federal citizenship are—under the organic federal Constitution—mutually exclusive concepts. Federal income taxes *inherently* apply to federal citizens and other federal persons. This concept is revisited on page 12.

# "CITIZEN OF THE UNITED STATES" DEFINED

Prior to the ratification and addition of the 14th Article of Amendment to the U.S. Constitution, there was no *legal* definition of the term "citizen of the United States" [8] [9]; whereas United States citizenship theretofore implied citizenship in one of the several state republics of the organic American Union, prior to the manipulation of the organic Constitution. In other words, when the term "Citizen of the United States" appears in the organic Constitution, (prior to the 14th Amendment), it is an *informal*

---

[8] "The first section of the fourteenth article, to which our attention is more specially invited, opens with a definition of citizenship—not only citizenship of the United States, but citizenship of the States. No such definition was previously found in the Constitution, nor had any attempt been made to define it by act of Congress." <u>U.S. Supreme Court Case: Slaughter-House Cases. 16 Wallace, 36. (1872)</u>.

[9] "By the original [organic] Constitution, citizenship in the United States was a consequence of citizenship in a state. By this clause [found in U.S. Constitution, Article XIV, Section 1] this order of things is reversed. Citizenship in the United States is defined; it is made independent of citizenship in a state, and citizenship in a state is a result of citizenship in the United States. So that a person born or naturalized in the United States, and subject to its jurisdiction, is, without reference to state constitutions or laws, entitled to all the privileges and immunities secured by the Constitution of the United States to citizens thereof." <u>U.S. Supreme Court Case: U.S. v. Hall, (1871) 3 Chicago Leg. N. 260, 26 Fed. Cas. No. 15,282.</u>

Copyright© Mrs. Tamah Jada Clark. All Rights Reserved. *Revolutionary Intellectualism*™, Sophisticated Language™, and *Words More Powerful Than Warfare*™ are trademarks of Mrs. Tamah Jada Clark. All Rights Reserved. Please reference pgs.2-3 for additional information regarding copyrights, permissions, and ownership of these materials.

term simply being used to denote citizenship in one of the states that forms part of the United States of America union.[10]

## EXAMINATION OF THE TERM "UNITED STATES"

The U.S. Supreme Court has already established that: "The term 'United States' may be used in any one of several senses. [1] It may be merely the name of a sovereign occupying the position analogous to that of other sovereigns in the family of nations. [2] It may designate the territory over which the sovereignty of the United States extends, or [3] it may be the collective name of the states which are united by and under the Constitution." Hooven & Allison Co. v. Evatt, 324 U.S. 652 (1945). Per the U.S. Supreme Court's very words, the term "United States" has *multiple* legal definitions, one of which specifically references the Federal Government **exclusive** of the several states by and for whom it was created.

## FEDERAL CITIZENSHIP EXPLAINED

Under the provisions of the 14th amendment, the then-U.S. Congress created a "second class" of citizenship[11], that was to come under the direct and *unrestricted* jurisdiction of the U.S. Federal Government, irrespective of its members' choice of *residence*[12] (within or without a state of the Union). The term "United States" as used in the 14th Amendment is referring to the U.S. Federal Government operating in the capacity of an absolute sovereign, under the authority granted it by Article I, Section 8, Clause 17, which empowers the U.S. Congress:

> "To Exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of Government of the United States. [...]".

---

[10] "Prior to the adoption of this [fourteenth] amendment, strictly speaking, there were no citizens of the United States, but only of some one of them. Congress had the power 'to establish an uniform rule of naturalization,' but not the power to make a naturalized alien a citizen of any state." U.S. Supreme Court Case: Sharon v. Hill, (1885) 26 Fed. 343.

[11] "We have in our political system a Government of the United States and a government of each of the several states. Each is distinct from the other and each has citizens of its own." U.S. Supreme Court Case: Slaughter-House Cases, 16 Wallace, 36, (1872).

[12] "The term resident and citizen of the United States is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress." U.S. Supreme Court Case: U.S. v. Anthony, 24 Fed. 829 (1873).

Copyright© Mrs. Tamah Jada Clark. All Rights Reserved. *Revolutionary Intellectualism*™, Sophisticated Language™, and *Words More Powerful Than Warfare*™ are trademarks of Mrs. Tamah Jada Clark. All Rights Reserved. Please reference pgs.2-3 for additional information regarding copyrights, permissions, and ownership of these materials.

# FEDERAL INCOME TAXES APPLY TO FEDERAL CITIZENS[13]

From the 14th Amendment (and onward), having been given a *legal* definition by the same, when used in the U.S. Constitution, the term "citizen of the United States" *specifically* refers to the second class of citizenship created thereby.[14] But due to deception on the part of the U.S. Federal Government and ignorance on the part of the American People, the latter, by general consensus, now accepts the unconstitutional application of said amendment upon itself.

As a result, the general population is now regarded and treated as a federal citizenry; and state citizens, within the meaning of the original Constitution, do not presently exist. Amendments to the Federal Constitution following the 14th have been directed at *citizens of the United States*.  The 14th Amendment marked the beginning of the end of the constitutional U.S. Republic and the beginning of what has, overtime, through neglect of civic duty, become an unconstitutional U.S. Democracy.

In revisiting the 16th Article of Amendment, it now becomes apparent that it does not *inherently* apply to citizens of one of the United States (e.g. constitutionally-recognized state citizens); as it neither repealed nor superseded[15] the organic Constitution's limitations on congressional taxation authority.[16]

---

[13] Author's Note: In addition to federal citizens, U.S. federal income tax obligations apply to other U.S federal persons, such as, but not limited to: U.S. (federal) employees, nationals, residents, corporations, trusts, immigrants, aliens, etc.

[14] "The expression, Citizen of a State, is carefully omitted here. In Article IV, Section 2, Clause 1, of the Constitution of the United States, it had been already provided that 'the Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States.' The rights of Citizens of the States [1] (under Article IV, Section 2, Clause 1) and of citizens of the United States (under The Fourteenth Amendment) are each guarded by these different provisions. That these rights are separate and distinct, was held in the Slaughterhouse Cases, recently decided by the Supreme court. The rights of Citizens of the State, as such, are not under consideration in the Fourteenth Amendment. They stand as they did before the adoption of the Fourteenth Amendment, and are fully guaranteed by other provisions. [2]" United States v. Anthony: 24 Fed. Cas. 829, 830 (Case No. 14,459) (1873).

[15] Author's Note: If and when a given article or amendment of the U.S. federal Constitution is superseded or repealed, the U.S. Congress will so declare it. Such is the case with the 18th Amendment; it was *explicitly* repealed by the 21st.

[16] "The Sixteenth Amendment must be construed in connection with the taxing clauses of the original Constitution and the effect attributed to them before the amendment was adopted." U.S. Supreme Court Case:  Eisner v. Macomber, 252 U.S. 189 (1920).

Copyright© Mrs. Tamah Jada Clark. All Rights Reserved. *Revolutionary Intellectualism*™, Sophisticated Language™, and *Words More Powerful Than Warfare*™ are trademarks of Mrs. Tamah Jada Clark. All Rights Reserved. Please reference pgs.2-3 for additional information regarding copyrights, permissions, and ownership of these materials.

# CONCLUSION: FREEDOM IS NOT FREE

The two constitutional grants of taxation authority (Article I, Section 8, Clause 1 and the 16th Amendment)—one being for state citizens of the original American Republics by and through their respective state government, and the other being for federal citizens—; remain concurrent yet mutually exclusive, as the latter unconstitutionally profits from the ignorance of the American peoples, whilst the former patiently and *faithfully* awaits the reemergence of responsible, self-educated American men and women, capable of **_intellectually_** asserting and defending the SACRED Rights bequeathed unto them, through the blood and courage of their predecessors.

*"IF A NATION EXPECTS TO BE IGNORANT AND FREE, IN A STATE OF CIVILIZATION, IT EXPECTS WHAT NEVER WAS AND NEVER WILL BE. IF WE ARE TO GUARD AGAINST IGNORANCE AND REMAIN FREE, IT IS THE RESPONSIBILITY OF EVERY AMERICAN TO BE INFORMED."*

*(-THOMAS JEFFERSON)*

*May God Bless America and the millions of Her noble sons and daughters who have courageously fought and died to defend Her. All gave some, some gave all. Let not it be in vain.*

---

WHY MOST AMERICANS DO NOT INHERENTLY OWE FEDERAL INCOME TAXES
## Sophisticated Language™ Publishing Co.
### *Words More Powerful Than Warfare™*
6901-A N. 9th Ave. #429
Pensacola, Florida
United States of America
E-mail: info@SophisticatedLanguage.org
Web: www.SophisticatedLanguage.org

---

[**Attached:** Appendices A (5 pages) & B (4 pages) as referenced in the Dedication on pg. 4]

Copyright© Mrs. Tamah Jada Clark. All Rights Reserved. *Revolutionary Intellectualism™*, Sophisticated Language™, and *Words More Powerful Than Warfare™* are trademarks of Mrs. Tamah Jada Clark. All Rights Reserved. Please reference pgs.2-3 for additional information regarding copyrights, permissions, and ownership of these materials.

APPENDIX "A"

7013 2250 0001 4473 7169

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF GEORGIA
## (ATLANTA DIVISION)

| | | |
|---|---|---|
| **Jason Joseph Clark,** <br> **Tamah Jada Clark** (both on their own <br> behalf and that of "Baby" Clark), <br><br> Plaintiffs <br><br> v. <br><br> DANIEL J. PORTER, et al., <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 1:14-cv-02128-WBH <br><br> **Civil Action No.**_____ |

## NOTICE

Plaintiffs' Notice to the Court Regarding the Denial of Access to U.S. Courts and the Resulting Necessity to Seek Remedy Abroad

The Court and its officers utilize an electronic filing system to which Plaintiffs are not allowed access, making it an impossibility for the Plaintiffs to avail themselves of the entirety of court filings in the present action. For instance, Plaintiffs have not received <u>any</u> communications at all whatsoever from the Court since the return of a file-stamped copy of the Original Complaint [Amended 7/15/14] in July 2014. The Court has been completely unresponsive—from the perspective of the Plaintiffs—and has neither responded to any Motions, nor issued any Orders or other communications.

Furthermore, Rule 4(b) of the Federal Rules of Civil Procedure states: *"If the summons is properly completed, the clerk must sign, seal, and issue it to the plaintiff for service on the defendant"*. In October 2014, Plaintiffs submitted proper summons to the Clerk, to be issued for the defendants who have yet to appear in the present action; but, the Clerk has failed to sign, seal, and return those summons, making it an impossibility for Plaintiffs to pursue the present matter against said defendants. As of October 2014, the United States is officially denying Plaintiffs access to its courts.

Because of its refusal to adhere to the principles of Justice, the Court has created the need for Plaintiffs to begin seeking remedy abroad, presently through the United Nations General Assembly and United Nations Security Council. (See Exhibit 1). In addition, Plaintiffs intend to bring legal suit and arbitration against the United States Federal Government (and some of its agencies individually), for the actions and inactions of its officers whom now indisputably have knowledge of this matter, but have consciously chosen to obstruct Justice. At this time, Plaintiffs would simply like to extend a special "thanks" to the Court for its [pretended] assistance that has afforded the present opportunities abroad.

For the **UNREPRESENTED** Plaintiffs,

*(Signed Monday, December 15, 2014).*

Mrs. Tamah Jada Clark
6901-A N. 9th Ave #429
Pensacola Florida [32504]

**UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF GEORGIA**
**(ATLANTA DIVISION)**

|  |  |  |
|---|---|---|
| **Jason Joseph Clark,** | ) | |
| **Tamah Jada Clark** (both on their own | ) | |
| behalf and that of "Baby" Clark), | ) | |
| | ) | |
| Plaintiffs | ) | 1:14-cv-02128-WBH |
| | ) | |
| v. | ) | **Civil Action No.**_____ |
| | ) | |
| DANIEL J. PORTER, et al., | ) | |
| | ) | |
| Defendants | | |

## CERTIFICATE OF SERVICE

## FOR

Plaintiffs' Notice to the Court Regarding the Denial of Access to U.S. Courts and the Resulting Necessity to Seek Remedy Abroad

I, Mrs. Tamah Jada Clark for the UNREPRESENTED Plaintiffs, hereby affirm

that a true and correct copy of the above-mentioned **Plaintiffs' Notice to the**

**Court** has been served on Attorney Douglas Suart Morelli for defendants Gwinnett

County, Gwinnett County Police Department, Charles M. Walters, Butch Conway,

Tracy Goodbar, and Jane Doe #1 (Christa Kendrick);  Attorney Deborah Nolan

Gore (for defendants Daniel Porter, Governor Nathan Deal, Judge Thomas Davis

Jr., Attorney General Sam Olens, Secretary of State Brian Kemp, Commissioner

Brian Owens, Warden Stanley Williams, D'Anna Liber, Brian Bellamy, Georgia

Department of Corrections, and the State of Georgia); as well Attorney Raleigh W.

Rollins (for defendants Mitchell County and Camilla Police Department) at their

last known addresses (respectively):

Attorney Douglas Stuart Morelli
75 Langley Drive
Lawrenceville GA 30046

7011 1570 0001 1520 4450

Attorney Deborah Nolan Gore          -AND-
40 Capitol Square, SW
Atlanta, Ga 30334-1300

7011 1570 0001 1520 4467

Attorney Raleigh W. Rollins
Alexander & Vann, LLP
411 Gordon Avenue
Thomasville, GA 31792

7011 1570 0001 1520 4474

For the **UNREPRESENTED** Plaintiffs,

Mrs. Tamah Jada Clark

Pensacola, Fla [32504]

X: _Tamah Jada Clark_

Signed Monday, December 15, 2014

Pg. 2 of 2

Pg. 5 of 5

APPENDIX B

JS44 (Rev. 1/13 NDGA)

# CIVIL COVER SHEET

The JS44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket record. (SEE INSTRUCTIONS ATTACHED)

## I. (a) PLAINTIFF(S)

Jason Joseph Clark & Tamah Jada Clark (on their own behalf and that of "Baby Clark")

*UNREPRESENTED*

## DEFENDANT(S)

DANIEL J. PORTER, NATHAN DEAL, THOMAS DAVIS JR., SAM OLENS, BRIAN OWENS, STANLEY WILLIAMS, D'ANNA K. LIBER, CHARLES M. WALTERS, BUTCH CONWAY, TRACY GOODBAR, JANE DOE, GADOC, GWINNETT COUNTY, STATE OF GEORGIA, ET. AL.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** N/A

(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Gwinnett

(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, TELEPHONE NUMBER, AND E-MAIL ADDRESS)

Tamah Jada Clark
6901-A N. 9th Ave #429
Pensacola Florida

**ATTORNEYS** (IF KNOWN)

Unknown

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 U.S. GOVERNMENT PLAINTIFF
- [ ] 3 FEDERAL QUESTION (U.S. GOVERNMENT NOT A PARTY)
- [ ] 2 U.S. GOVERNMENT DEFENDANT
- [ ] 4 DIVERSITY (INDICATE CITIZENSHIP OF PARTIES IN ITEM III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (FOR DIVERSITY CASES ONLY)

|  | PLF | DEF |  | PLF | DEF |
|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | INCORPORATED OR PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED AND PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [X] 3 | [ ] 3 | FOREIGN NATION | [ ] 6 | [ ] 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 ORIGINAL PROCEEDING
- [ ] 2 REMOVED FROM STATE COURT
- [ ] 3 REMANDED FROM APPELLATE COURT
- [ ] 4 REINSTATED OR REOPENED
- [ ] 5 TRANSFERRED FROM ANOTHER DISTRICT (Specify District)
- [ ] 6 MULTIDISTRICT LITIGATION
- [ ] 7 APPEAL TO DISTRICT JUDGE FROM MAGISTRATE JUDGE JUDGMENT

## V. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE - DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. 1350- Alien civil tort action for violation of law of nations and treaty of the United States; 28 U.S.C. 1331-Civil action arising under the Constitution and laws of the United States; 28 U.S.C. 1332(a)(2)-Diversity: Controversey between citizens of a State and nonresident citizens or subjects of a foreign state.

**(IF COMPLEX, CHECK REASON BELOW)**

- [ ] 1. Unusually large number of parties.
- [ ] 2. Unusually large number of claims or defenses.
- [ ] 3. Factual issues are exceptionally complex
- [ ] 4. Greater than normal volume of evidence.
- [ ] 5. Extended discovery period is needed.
- [ ] 6. Problems locating or preserving evidence
- [ ] 7. Pending parallel investigations or actions by government.
- [ ] 8. Multiple use of experts.
- [ ] 9. Need for discovery outside United States boundaries.
- [ ] 10. Existence of highly technical issues and proof.

## CONTINUED ON REVERSE

| FOR OFFICE USE ONLY | | | |
|---|---|---|---|
| RECEIPT # _____ | AMOUNT $ _____ | APPLYING IFP _____ | MAG. JUDGE (IFP) _____ |
| JUDGE _____ | MAG. JUDGE _____ (Referral) | NATURE OF SUIT _____ | CAUSE OF ACTION _____ |

Pg. 1 of 4

# VI. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT - "0" MONTHS DISCOVERY TRACK**
- ☐ 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- ☐ 152 RECOVERY OF DEFAULTED STUDENT LOANS (Excl. Veterans)
- ☐ 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS

**CONTRACT - "4" MONTHS DISCOVERY TRACK**
- ☐ 110 INSURANCE
- ☐ 120 MARINE
- ☐ 130 MILLER ACT
- ☐ 140 NEGOTIABLE INSTRUMENT
- ☐ 151 MEDICARE ACT
- ☐ 160 STOCKHOLDERS' SUITS
- ☐ 190 OTHER CONTRACT
- ☐ 195 CONTRACT PRODUCT LIABILITY
- ☐ 196 FRANCHISE

**REAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
- ☐ 210 LAND CONDEMNATION
- ☐ 220 FORECLOSURE
- ☐ 230 RENT LEASE & EJECTMENT
- ☐ 240 TORTS TO LAND
- ☐ 245 TORT PRODUCT LIABILITY
- ☐ 290 ALL OTHER REAL PROPERTY

**TORTS - PERSONAL INJURY - "4" MONTHS DISCOVERY TRACK**
- ☐ 310 AIRPLANE
- ☐ 315 AIRPLANE PRODUCT LIABILITY
- ☐ 320 ASSAULT, LIBEL & SLANDER
- ☐ 330 FEDERAL EMPLOYERS' LIABILITY
- ☐ 340 MARINE
- ☐ 345 MARINE PRODUCT LIABILITY
- ☐ 350 MOTOR VEHICLE
- ☐ 355 MOTOR VEHICLE PRODUCT LIABILITY
- ☐ 360 OTHER PERSONAL INJURY
- ☐ 362 PERSONAL INJURY - MEDICAL MALPRACTICE
- ☐ 365 PERSONAL INJURY - PRODUCT LIABILITY
- ☐ 367 PERSONAL INJURY - HEALTH CARE/ PHARMACEUTICAL PRODUCT LIABILITY
- ☐ 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**TORTS - PERSONAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
- ☑ 370 OTHER FRAUD
- ☐ 371 TRUTH IN LENDING
- ☐ 380 OTHER PERSONAL PROPERTY DAMAGE
- ☐ 385 PROPERTY DAMAGE PRODUCT LIABILITY

**BANKRUPTCY - "0" MONTHS DISCOVERY TRACK**
- ☐ 422 APPEAL 28 USC 158
- ☐ 423 WITHDRAWAL 28 USC 157

**CIVIL RIGHTS - "4" MONTHS DISCOVERY TRACK**
- ☐ 441 VOTING
- ☐ 442 EMPLOYMENT
- ☐ 443 HOUSING/ ACCOMMODATIONS
- ☐ 444 WELFARE
- ☐ 440 OTHER CIVIL RIGHTS
- ☐ 445 AMERICANS with DISABILITIES - Employment
- ☐ 446 AMERICANS with DISABILITIES - Other
- ☐ 448 EDUCATION

**IMMIGRATION - "0" MONTHS DISCOVERY TRACK**
- ☐ 462 NATURALIZATION APPLICATION
- ☐ 465 OTHER IMMIGRATION ACTIONS

**PRISONER PETITIONS - "0" MONTHS DISCOVERY TRACK**
- ☐ 463 HABEAS CORPUS- Alien Detainee
- ☐ 510 MOTIONS TO VACATE SENTENCE
- ☐ 530 HABEAS CORPUS
- ☐ 535 HABEAS CORPUS DEATH PENALTY
- ☐ 540 MANDAMUS & OTHER
- ☐ 550 CIVIL RIGHTS - Filed Pro se
- ☐ 555 PRISON CONDITION(S) - Filed Pro se
- ☐ 560 CIVIL DETAINEE: CONDITIONS OF CONFINEMENT

**PRISONER PETITIONS - "4" MONTHS DISCOVERY TRACK**
- ☐ 550 CIVIL RIGHTS - Filed by Counsel
- ☐ 555 PRISON CONDITION(S) - Filed by Counsel

**FORFEITURE/PENALTY - "4" MONTHS DISCOVERY TRACK**
- ☐ 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- ☐ 690 OTHER

**LABOR - "4" MONTHS DISCOVERY TRACK**
- ☐ 710 FAIR LABOR STANDARDS ACT
- ☐ 720 LABOR/MGMT. RELATIONS
- ☐ 740 RAILWAY LABOR ACT
- ☐ 751 FAMILY and MEDICAL LEAVE ACT
- ☐ 790 OTHER LABOR LITIGATION
- ☐ 791 EMPL. RET. INC. SECURITY ACT

**PROPERTY RIGHTS - "4" MONTHS DISCOVERY TRACK**
- ☐ 820 COPYRIGHTS
- ☐ 840 TRADEMARK

**PROPERTY RIGHTS - "8" MONTHS DISCOVERY TRACK**
- ☐ 830 PATENT

**SOCIAL SECURITY - "0" MONTHS DISCOVERY TRACK**
- ☐ 861 HIA (1395ff)
- ☐ 862 BLACK LUNG (923)
- ☐ 863 DIWC (405(g))
- ☐ 863 DIWW (405(g))
- ☐ 864 SSID TITLE XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS - "4" MONTHS DISCOVERY TRACK**
- ☐ 870 TAXES (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - THIRD PARTY 26 USC 7609

**OTHER STATUTES - "4" MONTHS DISCOVERY TRACK**
- ☐ 375 FALSE CLAIMS ACT
- ☐ 400 STATE REAPPORTIONMENT
- ☐ 430 BANKS AND BANKING
- ☐ 450 COMMERCE/ICC RATES/ETC.
- ☐ 460 DEPORTATION
- ☐ 470 RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS
- ☐ 480 CONSUMER CREDIT
- ☐ 490 CABLE/SATELLITE TV
- ☐ 891 AGRICULTURAL ACTS
- ☐ 893 ENVIRONMENTAL MATTERS
- ☐ 895 FREEDOM OF INFORMATION ACT
- ☐ 950 CONSTITUTIONALITY OF STATE STATUTES
- ☐ 890 OTHER STATUTORY ACTIONS
- ☐ 899 ADMINISTRATIVE PROCEDURES ACT / REVIEW OR APPEAL OF AGENCY DECISION

**OTHER STATUTES - "8" MONTHS DISCOVERY TRACK**
- ☐ 410 ANTITRUST
- ☐ 850 SECURITIES / COMMODITIES / EXCHANGE

**OTHER STATUTES - "0" MONTHS DISCOVERY TRACK**
- ☐ 896 ARBITRATION (Confirm / Vacate / Order / Modify)

**\* PLEASE NOTE DISCOVERY TRACK FOR EACH CASE TYPE. SEE LOCAL RULE 26.3**

---

# VII. REQUESTED IN COMPLAINT:
☐ CHECK IF CLASS ACTION UNDER F.R.Civ.P. 23    DEMAND $ _____

JURY DEMAND ☐ YES ■ NO (CHECK YES ONLY IF DEMANDED IN COMPLAINT)

---

# VIII. RELATED/REFILED CASE(S) IF ANY
JUDGE N/A _____    DOCKET NO. N/A

CIVIL CASES ARE DEEMED RELATED IF THE PENDING CASE INVOLVES: (CHECK APPROPRIATE BOX)
- ☐ 1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- ☐ 2. SAME ISSUE OF FACT OR ARISES OUT OF THE SAME EVENT OR TRANSACTION INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- ☐ 3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT, COPYRIGHT OR TRADEMARK INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- ☐ 4. APPEALS ARISING OUT OF THE SAME BANKRUPTCY CASE AND ANY CASE RELATED THERETO WHICH HAVE BEEN DECIDED BY THE SAME BANKRUPTCY JUDGE.
- ☐ 5. REPETITIVE CASES FILED BY PRO SE LITIGANTS.
- ☐ 6. COMPANION OR RELATED CASE TO CASE(S) BEING SIMULTANEOUSLY FILED (INCLUDE ABBREVIATED STYLE OF OTHER CASE(S)):
- ☐ 7. EITHER SAME OR ALL OF THE PARTIES AND ISSUES IN THIS CASE WERE PREVIOUSLY INVOLVED IN CASE NO. _____ , WHICH WAS DISMISSED. This case ☐ IS ☐ IS NOT (check one box) SUBSTANTIALLY THE SAME CASE.

_____    Tuesday, July 15, 2014
SIGNATURE OF ATTORNEY OF RECORD    DATE

Pg. 2 of 4

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 1 7 2014

JAMES N. HATTEN, Clerk

By: _____ Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF GEORGIA
## (ATLANTA DIVISION)

Jason Joseph Clark,                         )
Tamah Jada Clark (both on their             )
own behalf and that of "Baby Clark"),       )
                                            )
**Plaintiffs**                              )
                                            )
v.                                          )
                                            )      Civil Action No._____
                                            )
DANIEL J. PORTER, NATHAN DEAL,              )
THOMAS DAVIS JR., SAM OLENS,                )
DAVID CAVENDAR, BRIAN OWENS,                )
STANLEY WILLIAMS, D'ANNA K.                 )
LIBER, CHARLES M. WALTERS,                  )
BUTCH CONWAY, TRACY GOODBAR,                )
JANE DOE #1, PATRICIA GRAY, BRIAN           )
BELLAMY, RONALD SPENCE, JANE                )
DOE #2, JOHN DOE, BRIAN KEMP                )
 (all in personal and official capacities); )
and **GEORGIA DEPARTMENT OF**               )
**CORRECTIONS, GWINNETT COUNTY,**           )
**GWINNETT COUNTY POLICE**                  )
**DEPARTMENT, PELHAM POLICE**               )
**DEPARTMENT, CAMILA POLICE**               )
**DEPARTMENT, MITCHELL COUNTY,**            )
**STATE OF GEORGIA,**                       )

**Defendants**

## ORIGINAL COMPLAINT [Amended 7/15/14]

### ALIENS' (CIVIL) TORT ACTION FOR VIOLATION OF LAW OF NATIONS & TREATY OF THE UNITED STATES [28 U.S.C. § 1350]; AND CIVIL ACTION ARISING UNDER U.S. CONSTITUTION & LAWS [28 U.S.C. § 1331]: COMPLAINT FOR INJUNCTIVE RELIEF AND MONETARY COMPENSATION

*"The fact is that the average man's love of liberty is nine-tenths imaginary, exactly like his love of sense, justice and truth. He is not actually happy when free; he is uncomfortable, a bit alarmed, and intolerably lonely. Liberty is not a thing for the great masses of men. It is the exclusive possession of a small and disreputable minority, like knowledge, courage and honor. It takes a special sort of man to understand and enjoy liberty — and he is usually an outlaw in democratic societies." –(Henry Louis Mencken)*

Note: All references to case law and statutes posterior to the ratification of the 14th Amendment to the U.S. Constitution are for referential purposes only, to facilitate the communication of the message and principals contained herein; and are under no circumstances to be construed in any manner that would impose presumed obligations upon Plaintiffs or inhibit their natural and unalienable rights, as that is not the intent or purpose of their usage.[1]

---

[1] "Construing Pleadings. Pleadings must be construed so as to do justice." Federal Rules of Civil Procedure 8 (e).

pg. 4 of 4

MAR JADA CLARK
801 N.9TH AVE.#
PENSACOLA FL 32504 428

CERTIFIED MAIL

7013 2250 0001 4473 7473





UNITED STATES
POSTAL SERVICE

1000

30303

U.S. POSTAGE
PAID
PENSACOLA, FL
32501
APR 18, 15
AMOUNT
$1.51
R2304N118779-27

